

Case No. 21-cv-09379 JCS
MOTION REQUESTING AN INJUNCTION
FOR H.R.5376 BUILD BACK BETTER  ACT

Cornelius Lopes
    Plaintiff,

v.

Nancy Pelosi, et. at,
    Defendants,

> Mr. Gohmert: My time is about to run out. So let me morph
> that into this question to each of you and get your answer.
> Now, the President had ordered Anwar al-Awlaki killed by a
> drone strike in Yemen, an American citizen, without any due
> process as we have come to know it. I asked the question in
> this room at another hearing, how far does that order extend? I
> mean, if al-Awlaki came back to Capitol Hill and led prayers,
> as he had before, of congressional staffers, was that order
> still good? I wanted to know in case a drone strike was still on.

Nancy Pelosi in her official capacity, Xavier Becerra in his official capacity, "joe"
in his official capacity, Tom Vilsack in his official capacity, Gina Raimondo in her
official capacity, Marty Walsh in his official capacity, Pete Buttigieg in his official
capacity, Miguel Cardona in his official capacity, Isabel Guzman in his official
capacity , Alejandro Mayorkas in his official capacity

On October 27, 1986, President Reagan signs into law the Anti-Drug Abuse Act of 1986 its main result was to create mandatory minimum sentences on crack cocaine use disproportionately affect African Americans. In 1988 the "Weekend Pass" attack ad airs, accusing Democratic presidential candidate Michael Dukakis of being soft on crime. Willie Horton, a convicted murderer who stabbed a gas attendant 19 times, failed to return after a weekend furlough in Massachusetts, and committed robbery and rape. Dukakis was the governor at the time. "It made white Americans especially white southerners raise an eyebrow and think, 'We can't have a man from Massachusetts releasing quote black criminals all across the country and letting them rape our white women and children,'" Democratic strategist Jimmy Williams would say in 2013, according to MSNBC, "that was the point of that ad." The meeting with other to conspire a U.S. Constitution known as H.R. 5376 Build Back Better is in violation of the TITLE V, Restriction On Benefits For Aliens, Section 500, Statements of National Policy Concerning Welfare And Immigration. (a) Statements of Congressional Policy. The Congress makes the following statements concerning national policy with respect to welfare and immigration (1) Self-sufficiency has been a basic principle of United States immigration law since this country's earliest immigration statutes. (2) It continues to be the immigration policy of the United States that, (A) aliens within the nation's borders do not depend on public resources to meet their needs but rely on their own capabilities and the resources of their families, their sponsors, and private organizations, and (B) the availability of public benefits do not constitute an incentive for immigration to the United States. (3) Despite this principle of self-sufficiency, aliens have been applying for and receiving public benefits from Federal, State, and local governments at increasing rates. (4) Current eligibility rules for public assistance and unenforceable financial support agreements have proved incapable of assuring that individual aliens do not burden the public benefits system. (5) It is a compelling government interest to enact new rules for eligibility and sponsorship agreements in order to assure that aliens are self-reliant in accordance with national immigration policy. (6) It is a compelling government interest to remove the incentive for illegal immigration provided by the availability of public benefits. (b) Sense of Congress. (1) In General, with respect to the authority of a State to make determinations concerning the eligibility of aliens for public benefits, it is the sense of the Congress that a court should apply the same standard of review to an applicable State law as that court uses in determining whether an Act of Congress regulating the eligibility of aliens for public benefits meets constitutional scrutiny. (2) Strict Scrutiny, in cases where a court holds that a State law determining the eligibility of aliens for public benefits must be the least restrictive means available for achieving a compelling government interest, a State

that chooses to follow the Federal classification in determining the eligibility of aliens for public benefits, pursuant to the authorization contained in this title, shall be considered to have chosen the least restrictive means available for achieving the compelling government interest of assuring that aliens are self-reliant in accordance with national immigration policy. Also inquire into the motives of legislators and their bill the Illegal Immigrant Reform and Immigrant Responsibility Act was passed in 1996. In subtitle B Criminal Aliens Provisions the democratic party the defendants, Nancy Pelosi, Xavier Becerra, "joe" Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas who co-authored this bill amended statutory changes in favor of the illegal immigrant, once again making the plaintiff and the Negro race the default criminals and therefore the future state and federal prison populations. So, there are 18 times more Muslims in Federal prison than the percentage of Muslims in the general population. That raises issues, questions, and problems. Put another way, there are about 2.4 million Muslims in the United States and 350,000 of them are in jail. That means more than 12% of Muslims in America are incarcerated . Reports on the number of prisoners who convert to Islam vary and are framed in different ways. Some sources estimate 40,000 prisoners per year convert. Others put the numbers closer to 135,000 per year. Some posit that 80% of inmates who `find faith while in prison convert to Islam. One thing is for sure: The majority of those who convert to Islam in prison are black, with as many as one in three black prisoners converting. The number of Hispanic prisoners converting to Islam is also on the rise. These numbers are staggering. The amended statue is (a) In General, Section 101(a)(43) (8 U.S.C. 1101(a)(43)), as amended by section 441(e) of the Antiterrorism and Effective Death Penalty Act of 1996 (P.L. 104–132), is amended. In section (9) In subparagraph (P), by striking ''18 months'' and inserting ''12 months, except in the case of a first offense for which the alien has affirmatively shown that the alien committed the offense for the purpose of assisting, abetting, or aiding only the alien's spouse, child, or parent (and no other individual) to violate a provision of this Act.'' And in Section (10) In subparagraph (R), by striking for which a sentence of 5 years' imprisonment or more may be imposed'' and inserting for which the term of imprisonment is at least one year. Contrast that to the following bills below the democratic party the defendants California supported as federal laws but created laws to protect the illegal immigrants from but are uses to incarcerate and bring the Negro into peonage. As a condition of enforced servitude by which the servitor is compelled to labor against his will in liquidation of some debt or obligation, either real or pretended, peonage was found to have been unconstitutionally sanctioned.

(1) The Crime Bill 1994 authored by democrat Joe Biden. Senator Joe Biden drafted the Senate version of the legislation in cooperation with National Association of Police Officers president Joe Scotto. According to the Washington Post, Biden later described their involvement "You guys sat at that conference table of mine for a six-month period, and you wrote the bill." The Crime Bill 1994 authored by democrat Joe Biden is in violation of The Peonage Abolition Act of 1867 Congress explicitly extended protections to the American Negro the plaintiff race prevail over States' rights and private contractual claims. If Congress 's The Peonage Abolition Act of 1867 cannot say that being a free man means at least this much, then the Thirteenth Amendment made a promise the Nation cannot keep, and H.R. 5376 is invalid as a promise made to illegal immigrants from Mexico and Central America Congress cannot keep. The Court must hold federal prohibition of racial discrimination in public accommodations, has been found lacking in constitutional basis under the Thirteenth and Fourteenth Amendments in the Civil Rights Cases, 109 U.S. 3 (1883). Here The Crime Bill 1994discriminates upheld in the language as an exercise of the commerce power in Heart of Atlanta Motel v. United States, 379 U.S. 241(1965), and Katzenbach v. McClung, 379 U.S. 294 (1965). The Crime Bill 1994 is similar to laws that were upheld on federal racial discrimination in public accommodations the expansiveness of The Peonage Abolition Act of 1867 and this Court's authority in approving the injunction is in authority from Sullivan v. Little Hunting Park, 396U.S. 229 (1969), there that 1866 law protected share in neighborhood recreational club which ordinarily went with the lease or ownership of house in area; Runyon v. McCrary,427 U.S. 160 (1976), there it guaranteed that all persons shall have right to make and enforce contracts as is enjoyed by white persons protects the right of black children to gain admission to private, commercially operated, nonsectarian schools); Johnson v. Railway Express Agency, 421 U.S. 454, 459–60 (1975) (statute affords a federal remedy against discrimination in private employment on the basis of race; McDonald v. Santa Fe Trail Transp. Co., 427 U.S. 273, 285–96 (1976) the statute protects against racial discrimination in private employment against whites as well as nonwhites. Also, Tillman v. Wheaton-Haven Recreation Ass'n, 410 U.S. 431(1973) that court also concluded that pursuant to its Thirteenth Amendment powers Congress could provide remedial legislation for African Americans deprived of their rights because of their race in Griffin v. Breckenridge, 403 U.S. 88, 104–05 (1971). Conceivably, the Court must hold The Peonage Abolition Act of 1867 by this injunction will extend to all areas in which Congress has so far legislated and to other areas as well, justifying legislative or judicial enforcement of

the Amendment itself in The Crime Bill 1994 which is segregation, 83 U.S. (16 Wall.) 36 (1873).

(2) The Violent Control and Law Enforcement Act of 1994. Immigration incentives the bill contains enforcement provisions respecting immigration and criminal aliens. $1.32 billion for border patrol, criminal alien asylum reform and $1.8 billion to reimburse states for incarcerating illegal aliens while offering the Three-Strikes sentencing which is life in prison and the bill had stiffer penalties for gang members as defined by DHS and the State of California a gang member is five persons or more as it shows criminal intent but illegal immigrants are defined as gang members as 2 persons and club or association which was co-sponsored by democrats Charles Schumer and William Hughes. The Constitution of the United States The Violent Control and Law Enforcement Act of 1994 allocated $3.12 billion dollars will be spent on immigration incentives in one bill and in several other bills the American Negro is being rounded up, the incentives are in those individual bills as grants to the city(s) to pay salaries to police to, round up Negro's. The Court must look to past unconstitutional states laws similar to H.R. 5376 is in United States v. Reynolds, 235 U.S. 133 (1914) a third Alabama enactment was condemned as conducive to peonage through the permission it accorded to persons, fined upon conviction for a misdemeanor, to confess judgment with a surety in the amount of the fine and costs, and then to agree with said surety, in consideration of the latter's payment of the confessed judgment, to reimburse him by working for him upon terms approved by the court, which, the Court pointed out, might prove more onerous than if the convict had been sentenced to imprisonment at hard labor in the first place. Fulfillment of such a contract with the surety was viewed as being virtually coerced by the constant fear it induced of rearrest, a new prosecution, and a new fine for breach of contract, which new penalty the convicted person might undertake to liquidate in a similar manner attended by similar consequences. More recently, Bailey v. Alabama has been followed in Taylor v. Georgia 315 U.S. 25 (1942) and Pollock v. Williams 322 U.S. 4 (1944). Justice Reed, with Chief Justice Stone concurring, con-tended in a dissenting opinion that a State is not prohibited by the Thirteenth Amendment from "punishing the fraudulent procurement of an advance in wages." In which statutes of Georgia and Florida, not materially different from that voided in the Bailey case, were found to be unconstitutional. In The Violent Control and Law Enforcement Act of 1994, notwithstanding the fact that the defendant pleaded guilty and accordingly obviated the necessity of applying the prima facie presumption provision, the Court reached an identical result, chiefly on the ground that the presumption provision, despite its nonapplication, 'had a

coercive effect in producing the plea of guilty. The plaintiff asks the Court look to the meaning of the Thirteenth Amendment in interpreting two enforcement statutes, one prohibiting "joe's" conspiracy to interfere with exercise or enjoyment of the American Negro's the plaintiff race's constitutional rights under 18 U.S.C. §241 the other prohibiting the holding of a person in a condition of involuntary servitude, 18 U.S.C. §1584. For purposes of "joe's" prosecution under these authorities, the Court must hold, 'the term 'involuntary servitude necessarily means a condition of servitude in which the American Negro's are forced to work in states and private prisons for the defendant by the use or threat of physical restraint or physical injury, or by the use or threat of coercion through law or the legal process.

(3) Real Welfare Reform Act of 1994 is a work requirement for welfare recipients it requires states to (peonage) a person on welfare shall work for a public or nonprofit private sector organization as a benefit to the wages program under which an individual shall work for a qualified private employer whom the Secretary of Health and Human Services (HHS) shall pay a wage subsidy on behalf of such individual equal to the amount of AFDC allotment and the cash value of food stamp benefits the individual would otherwise receive. This benefits the American Negro as the HHS Xavier Becerra is in violation of NCSL the average annual wage is $50,000. Here the plaintiff is challenging H.R. 4566, the title of the bill by the 103rd Congress is the Work Requirements for Welfare Recipients as it pertains to the American Negro who under Real Welfare Reform Act of 1994 and National Conference of State Legislature in 2018 which states the average annual wage for welfare recipients is to be paid $50,000 as under this 'Act' welfare recipients shall work for a public or nonprofit private sector organization as a benefit to the wages program under which an individual shall work for a qualified private employer whom the Secretary of Health and Human Services (HHS) shall pay a wage subsidy on behalf of such individual equal to the amount of AFDC. Your Honor the history of this bill is that at the time the American Welfare system was close to running out of funds Congress created twelve new laws to make sure the Negro would be incarcerated so those Negro citizens welfare benefits will then go the aging white man. Here, H.R. 4566 is in violation of the Thirteenth Amendment which denies the plaintiff and the Negro race, the equal protections of the law while depriving the race of their due process rights. Involuntary servitude is in violation of the Thirteenth Amendment. This bill which has a second title of "Promotion of Marriage and Social Responsibility". Moreover, since 1994 the American Negro has not been offered work for a public or nonprofit private sector organization as a benefit to the wages program under which as individual was not offered to work for a qualified private employer whom the Secretary of Health and

Human Services (HHS) was to pay a wage subsidy under the 'Act' and backpay is due to the 30 million American Negro's during the 1990 census. Then in 2018 the NCSL eligibility rules for the average annual wage a qualified employer must pay the average wage below $50,000 making the minimum wage in California since 2018 $24.00 an hour. Unfortunately, defendants Nancy Pelosi has a varying wage pay pending on race and ethnicity as some people are getting $14.00 other are getting $15.00 an hour starting on January 1, 2022, for California. Here, we are challenging California's SB-3 the state's minimum wage for employers with 25 or fewer employees will increase to $14 per hour from $13 and the state minimum wage for employers with 26 or more employees will increase to $15 per hour from $14, the chart below is the history of California minimum wage. Again, as of 2018 the minimum was is $25 an hour, so the Court math is similar that is $25 an hour times 40 hours a week which is $1000 times fifty-two weeks in a year that is $52,000 an American Negro in the Urban city was not paid and since the law took effect in 2018 and currently it is 2021 that would be over the three year period the American Negro in the Urban City specifically in California cities is due $156,000 minus penalties and late fees, per American Negro in California and as well as California, Colorado, Connecticut, Illinois, Massachusetts, New Jersey, New Mexico, New York, Oregon, Vermont, Washington. The protections for the American Negro go beyond the Thirteenth Amendment the Peonage Abolition Act of 1867 abolished voluntary as well as involuntary servitude. The American Nego's protections are necessary and do prevail over any states' rights or private contractual claims. The Peonage Abolition Act of 1867 is virtually unchanged current codification in 42 US.C.§ 1994 is generally overlooked, yet it could provide civil remedies for a broad field of coercive employment situations.

Schedule for California Minimum Wage rate 2017-2023.

| Date | Minimum Wage for Employers with 25 Employees or Less | Minimum Wage for Employers with 26 Employees or More |
|---|---|---|
| January 1, 2017 | $10.00/hour | $10.50/hour |
| January 1, 2018 | $10.50/hour | $11.00/hour |
| January 1, 2019 | $11.00/hour | $12.00/hour |
| January 1, 2020 | $12.00/hour | $13.00/hour |
| January 1, 2021 | $13.00/hour | $14.00/hour |
| January 1, 2022 | $14.00/hour | $15.00/hour |
| January 1, 2023 | $15.00/hour | |

H.R. 5376 Build Back Better Act is specifically for illegal immigrants as they are not U.S. citizens, nor can illegal immigrants work in the U.S., nor can they receive U.S. social benefits as this complaint explains in great detail. The defendants have advocated for illegal immigrants in U.S. District Courts, States Courts and the Supreme Courts and the peonage continues form the defendants upon the American Negro the plaintiff race. The Homeland Security Grant Program (HSGP) offers Grants to municipalities for their employees to uses exclusively on the American Negro as Homeland Security defines Urban Cities as terrorist organizations and were weapons of mass destruction are located, 'untucking believable' as they are composed of in three grant programs and in 2021 the funds to be used exclusively for terrorism coming from 31 designated Urban areas the Secretary of Homeland Security has appropriations for, the American Negro in HSGP and H.R. 5376 Build Back Better is infrastructure similar to an item on an open purchase order both coming from the federal government and authored by city employees. The 2021 fiscal budget for terrorism and weapons of mass destruction going into the Urban areas of U.S. cities was:

▪State Homeland Security Program (SHSP) $415,000,000;

▪Urban Area Security Initiative (UASI)$615,000,000;

▪Operation Stonegarden (OPSG) $90,000,000

For FY 2021, FEMA will award UASI funds based on risk as determined by FEMA's relative risk methodology pursuant to the Homeland Security Act of 2002 and entities eligible for funding are the state, local, and tribal law enforcement agencies that are located along the border of the United States. FEMA will award OPSG funds based on FEMA's evaluation of the effectiveness of proposed investments and projects. Investment Justification (IJ) for each of the following five National Priority Areas and their associated minimum spend requirements:

1.Enhancingcybersecurity–7.5 percent;

2.Enhancing the protection of soft targets/crowded places–5 percent;

3.Enhancing information and intelligence sharing and cooperation with federal agencies, including DHS–5 percent;

4.Combating domestic violent extremism –7.5 percent; and

5. Addressing emerging threats (e.g., transnational criminal organizations, unmanned aircraft systems [UASs], weapons of mass destruction [WMDs],etc.)–5 percent.

The total SHSP and UASI allocation per National Priority Area, for a total of 30% per SHSP and UASI award and DHS/FEMA created a policy which defines risk as "Risk Methodology" which is a "potential for an unwanted outcome resulting from an incident, event, or occurrence, as determined by its likelihood and the associated consequences." If the Court reads Risk Steering Committee, DHS Risk Lexicon: 2010 Edition, (Sept. 2010) this is where they conjured up like a Christian *Wicken spell* which in 31 Urban areas the potential for an unwanted (1) Threat: the likelihood of an attack being attempted by an adversary, (2) Vulnerability: the likelihood that an attack is successful, given that it is attempted; (3) Consequence: the effect of an event, incident or occurrence. Therefore, FEMA provides financial stability under a federal qualified management system that requires a history of performance in managing federal awards in Urban areas and the ability to effectively implement statutory, regulatory, or other requirements in Urban areas for sustainable financial growth for that cities employee, under a federal open purchase order which violates due process of laws of the constitution.

Together the Homeland Security Grant Program and "joe's" tougher sentencing laws coupled with a decrease of investments in community rehabilitative services escalated the incarceration rates in America. The 1980s are no different for the American Negro with Aryan "joe" as President of Mexico they are witnessing rising crime rates in their communities, racial tensions by illegal immigrants who were allowed to vote in the 2020 California election and overwhelmingly voted for Proposition 20, and the emergence of cocaine and crack parallel to both federal and state adoption of "tough-on-crime" laws which has now become legal marijuana dispensaries which the employees of these meth lab are defined under California law as "essential workers" and they are excluded from federal laws. For example, the Sentencing Reform Act of 1984 established consistency for federal offenses with determinate sentencing that narrowed the broad discretion of federal judges, abolished the option for parole for those in federal prisons, and reduced opportunities to earn time off a sentence in exchange for good behavior. Congress approved several mandatory minimum sentencing laws during the Reagan and George H. W. Bush administrations. As a result of Federal law enforcement efforts and new legislation that dramatically altered sentencing in the Federal criminal justice system, the 1980's brought a significant increase in the number of Federal

inmates. Because each state's criminal legal system varies so much from law and procedures, the data collected, and even how the same words are defined it can be difficult to apply lessons from other states to the same problem in one's own. The Sentencing Reform Act of 1984 established determinate sentencing, abolished parole, and reduced good time; additionally, several mandatory minimum sentencing provisions were enacted in 1986, 1988, and 1990. From 1980 to 1989, the inmate population more than doubled, from just over 24,000 to almost 58,000, and the number of federal prisons increased to 62. State's paroling systems vary so much that it is almost impossible to compare them, and sixteen states have abolished or severely curtailed discretionary parole, and the remaining states range from having a system of presumptive parole where when certain conditions are met, release on parole is guaranteed to having policies and practices that make earning release almost impossible. Parole boards can only review individuals who the legislature (and sometimes judges) say they can. California is one of sixteen states that passed laws effectively denying the possibility of parole for almost everyone committing crimes after those laws went into effect. To be sure, many of the remaining 34 states deny parole for individuals committed of certain crimes, but still offer discretionary parole to the majority of incarcerated individuals at some point in their sentence. For example, Wisconsin changed its sentencing structure in 2000 to eliminate the option of discretionary parole for all offenses committed after that date. But in California and Washington, discretionary parole was eliminated for most offenses, although it is still available for life and certain other offense/sentencing types. Of course, the federal constitution did not allow states to remove parole for offenses committed prior to the law change, so some people are still reviewed for discretionary parole. For how discretionary parole release differences from the systems of "mandatory parole" used in many of those 16 states, see the methodology of Homeland Security Grant Program. During the 1990's, the population more than doubled again, reaching approximately 136,000 at the end of 1999 as efforts to combat illegal drugs and illegal immigration contributed to significantly increased conviction rates. By the end of the decade, the Bureau was operating 95 institutions. For the next 13 years, the inmate population continued to increase to over 217,000 in 119 institutions in 2014. Today, the Bureau operates 122 federal prisons and manages an inmate population of 156,862. The most consequential legislation during the War on Drugs era was the Anti-Drug Abuse Act of 1986, which established minimum sentences for the distribution of cocaine and severe sentences for the distribution of prohibited controlled substances related to marijuana and crack. Legislation in 1988 birthed

the substantial lifelong punitive justice system that continues today, enforcing civil penalties for those with drug offenses. In addition, the revisions removed access to federal financial aid for higher education, such as student loans for those convicted of a drug offense. The Urban Institute released the Parole in California 1980-2000 which was conducted by the Hoover Commission ins 2003. Their study suggested that California should return to a system of indeterminate sentencing, and to include the California legislature reduce the discretion of judges to determine the length of a prison term and the discretion of parole boards to decide the actual release date, they expanded the supervisory reach of the criminal justice system and extended the discretion of parole officers over larger numbers of former prisoners. In essence, discretion has been shifted, from judges making sentencing decisions in open court and parole boards making release determinations in written decisions, to parole officers who operate with less openness and less accountability for their decisions. Over the last 25 years California's rate of incarceration has increased more rapidly, increasing five-fold over the same period. California has statutory rules governing time spent in prison on parole revocations. Under California law, when a person is returned to prison for a parole violation, the "clock stops" on the time owed for parole supervision. So, when a person leaves prison after serving time for a parole violation, he still faces the remaining supervision time as when he went back to prison. In this way, the period of parole supervision can stretch out for years for a particular individual. For example, a New York Times article told the story of Jason Peterson, who spent two years in California prisons for possessing a pipe bomb. He spent that time in solitary confinement at Pelican Bay. Since being released, his parole has been revoked three times. According to the Times, "Mr. Peterson has spent a year and 11 months in prison on parole revocations, almost as long as he did on his original two-year sentence. And the total could go on indefinitely, because under California law, each time Mr. Peterson has his parole revoked, he stops earning credit toward his original three-year parole term." California has a policy that sends people back to prison for "technical violations the decision to revoke someone's parole for "technical" reasons is a policy in the presence of an existing standard will tend to displace the room the defendants for government discretion and immunity. State after state across the country that by changing their policies, parole boards, legislatures, and corrections departments can change the level of technical violations and therefore, control prison admissions for technical violations. For example, it is typically a violation of parole to use drugs. So, a decision to institute universal drug testing will increase the number of candidates

for this parole violation. Similarly, a decision to revoke parole for the first dirty urine, rather than the second or third dirty urine, will increase the number of candidates for parole revocation.

Hall v. United States, 92 U.S. 27, 30 (1875). Hall asserted that he had been born a free man, but the Court determined that it did not have to reach this issue because Hall had been sold and held in Mississippi as a slave, his color made him a slave, and he had not availed himself of a Mississippi statute that was the exclusive means to claim one's freedom. For the unanimous Court, Justice Swayne further explained, It was an inflexible rule of the law of African slavery, wherever it existed, that the slave was incapable of entering into any contract, not excepting the contract of marriage. Thus, it is clear that if Hall did contract with Roach, as he alleges, he did, the contract was an utter nullity. In the view of the law, it created no obligation, and conferred no rights as to either of the parties. It was as if it were not. This case must be determined as if slavery had not been abolished in Mississippi, and the laws referred to were still in force there. The destruction of the institution can have no effect upon the prior rights here in question. "roll back the tide of time, and to imagine ourselves" back in Mississippi before abolition you will find yourself in 2020 in which H.R. 5376 which is the fervor to return to what purported to be some form of normalcy- segregation and the urge to reconstitute both with the Sanctuary States California, Colorado, Connecticut, Illinois, Massachusetts, New Jersey, New Mexico, New York, Oregon, Vermont, Washington for illegal immigrants' rights based on H.R. 5376 racial discrimination is powerful enough to bury the vital statutory protections of apartheid. H.R. 5376 desire is to curtail then ultimately bring the Negro race into extinction with the desired safeguard to stop the procreation of the Negro child as a curtailment by the federal government to resist and rebel any rights of the American Negro, which in effect brings the Negro into federal slavery under the bill. The Constitution of the United States is that a person on welfare shall work for a public or nonprofit private sector organization as a benefit to the wages, the U.S. Government shall pay a wage subsidy on behalf of such individual equal to the amount, and what is left of your salary will be given to the American in food stamps. Rationally, H.R. 5376 is a badge of slavery and describes how to humiliate and dehumanize an American and it is created by congressional power, translated into legislation that codifies, personal servitude, which is involuntary servitude. Similarly, H.R. 4566 makes it a crime to service for labor under contract to a private employer and receive no salary. This Court is aware that a peon is one who is compelled to work for his creditor until his debt is paid, and if fact, similarly, Secretary of Health and Human Services (HHS) shall pay a wage subsidy on behalf

of such individual equal to the amount of AFDC allotment and the cash value of food stamp benefits the individual would otherwise receive. This bill translates to apprenticeship as practiced in the West India or the Negro has been reduced to the slave a condition of Serfs is attracted. The only work left of the bill is slavery. The Federal Secured Right to be Free from Bondage Act (1952) is the federal enforcement of the is the anti-peonage statutes and undoubtedly while the Negro was a slave Congress proposed the Thirteenth Amendment which forbids any kind of slavery, then and thereafter. The Fourteenth Amendments language is clear, no shall make or enforce a law which shall abridge the privileges or immunities of citizens of the United States. The Constitution is clearer, Article IV, Section 2, the citizen of each state shall be entitled to all the privileges and immunities of citizens In Corfield v. Coryell (1823), Justice Bushrod held, the inquiry "is" what re the privates and immunities of the citizen of the several states.

These illegal immigrants from Mexico, Honduras, Guatemala, Nicaragua have immunity from the federal laws above and by sentencing a Negro the plaintiff race, to a prison sentence it free's up their unused social security and their family members are indentured to take care of the illegal immigrant by paying their taxes, while as a juror they sentence that negro races child to prison whom taxes they just continue to consume, so it's a cycle of maintaining the economic advantages and illegal immigrants social status of the politically dominant group as they are represented unconstitutionally by the DNC, and in recent times it has been allowed to be employed through legislations known as SB54, SB1310, DACA, DAPA, AB130, AB131 and AB1593 that are only for illegal immigrants from Mexico and central American populations. Done to maintain their ascendancy over the plaintiff and the Negro race by means of legal and social color bars presented by the defendants Nancy Pelosi, Xavier Becerra, "joe" Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas. The Court must exercise greater "scrutiny" to classify the defendants legislations above involving illegitimacy and gender with respect to the rationality stance, that the legislations elicit "suspect" classification to create wealth and educated more illegal immigrants than American Negro's by embezzling their taxes and economic status i.e., immigrants feed America slogans in T.V. commercials; they legally defined as "essential workers"; all immigrants are unionized for work benefits and guaranteed status all done by the defendants through the above legislation which the tax dollars of the Negro race and plaintiff use to provide the services only to illegal immigrants Accordingly, the Court must view the defendant's legislations an illegal immigrant legislations generally have assimilated with much governmental support and action based on the Democratic National Committee and national origins and ethnic criteria to involve

discrimination by illegal Mexicans and Central American's in the selection of a jury. The Court is aware, Fourteenth Amendment is not directed solely against discrimination due to a two-class theory, that is, based upon differences between white and Negro. Here the defendants legislations SB54, SB1310, DACA, DAPA, AB130, AB131 and AB1593 are set up as statical analysis and discriminatory which to the plaintiff is purposeful and hostile discrimination which is a pattern of administrative compliance to a state, municipality of college policies as an indicator of racial discrimination from governmental bodies, particularly in the case of jury service which is a duty of service that falls on all citizens of the U.S. not illegal immigrants from Mexico and Central American also known as DACA and DAPA applicants.

Moreover, the United States Immigration and Customs Enforcement ICE provide the illegal immigrant in department custody written consent form that explains the purpose of the interview. Their policies allow for upon receiving any ICE hold inform the illegal immigrant whether the department intends to comply with the request. It has a state policy that the Department of Corrections and Rehabilitation shall not restrict access to any in-prison educational or rehabilitative programming or shall not authorize hold requests transfer request, notification request, or civil immigration warrant against the individual. This is a systemic racist pattern of offering the illegal immigrant by not enforcing current laws on one race while keeping the full force of the law while applying a knee on the American Negro's throat. . A study of Prison Policy found in 2014 found the imprison rate for American Negro women was twice that of white women. In October 2015, a research director at the prison initiative published of the 1,800 juvenile facilities held 48,043 youth and 44% were Negro youth but they make up 16% of all youth in the United States. Nationally, the youth rate of incarceration was 152 per 100,00; Black youth rate was 433 per 100,000. Segregation is systemic in the United States because of the holding in Obergefell *v. Hodges*, 576 U.S. 644. In 2017 the Senate introduced, Sentencing Reform and Corrections Act of 2017 which created new mandatory minimum prison terms, to make resentencing of a convicted crack cocaine offender sentenced before August 3, 2010, and to establish a mandatory sentencing enhancement for a drug offense. to make the Fair Sentencing Act of 2010 retroactive to permit resentencing of a convicted crack cocaine offender sentenced before August 3, 2010. To show further how segregated the 2010 Fair Sentencing Act was written to further degrade the American Negro's. The bill reduced the criminal penalty for fentanyl and heroin users and traffickers. Pfister v Arceneaux (1966, CA5 La) 376 F2d 821, 10 FR Serv 2d 124, cert den (1967) 389 US 986, 19 L Ed 2d 482, 88 S Ct 469 and (1967, CA5 La) 379 F2d 292. If legislative defendants authorized raids on offices of

organization in violation of 42 USCS § 1983, it would have serious bearing on question whether chairman and members of committee were performing legitimate legislative activity.

The relief and damages against a number of defendants Nancy Pelosi, Xavier Becerra, "joe" Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas, including being awarded California pledge delegates. The democrats need 1991 for the democratic nomination and a majority of 3979 pledged delegates from primaries and caucuses to claim presidential victory. The Fourteenth Amendment inescapably imposes upon this Courts to exercise judgement upon all the complaints before the Court, whether they offer fairness in the laws. Plaintiff's complaint is that the defendants exclude immigrants from Mexico and Central America from being charged with crimes by giving them immunity. Plaintiff believes that the judicial judgement of the Court in applying the Due Process Clause must move and lean toward the notion that justice cannot be delegated to one race over others based upon the idiosyncrasies of a merely personal judgement. Furthermore, the plaintiff looks to Justice Black's decision in Twining which reaffirms my requests to have the Court lean towards justice in this claim. In these complaints, the constitutional theory spelled out in Twining v. New Jersey, 211 U.S. 78, the Court is endowed by the Constitution under 'Natural law" periodically to expand the contract constitutional standards to conform to "civilized decency and fundamental liberty and justice.

The Courts power to prevent state violations of the plaintiff's individual civil liberties is guaranteed by the Bill of Rights. Since Marbury v Madison was decided, courts have strike down legislative enactments which violate the Constitution for the Negro's. In Griffin v. California, 380 U.S. 609 (1965), the court found it unconstitutional that a rule permitting comment on the defendants' Nancy Pelosi, Xavier Becerra, "joe" Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas failure to testify. Similar to the unconstitutionality in Griffin v. California. California has passed the following laws, in 1997 California Food Assistance Program of 1997 (AB 1576), in 1998 Cash Assistance Program (AB2779), in 2001 Public Post-Secondary Education tuition, in 2011 Employment Acceleration Act (SB 1236), in 2011 California Dream Act/Scholarship Eligibility, (AB 130), in 2011 California Dream Act/Student Financial Aid (AB 131), in 2013 TRUST Act (AB 4), in 2013 Medi-Cal Eligibility (ABX1 1 and SBX1 1), in 2013 Retaliation against Immigrant Workers (AB 263), in 2013 Admission to Practice Law (AB 1024), in 2014 Sentencing (SB 1310), in 2014 Registration for Foreign Labor Contracting (SB 477), in 2014 Restoring Higher Education Access and Affordability (SB 141), in 2014 Expanding Access to Professional Licenses (SB 1159), in 2016 law

enforcement & immigration policy enforcement ICE-AB2792, in 2017 SB54, in 2018 the Regents of University of California v. DHS and the State of California files a Supreme Court brief in representing illegal immigrants for affirmative action laws for illegal immigrants, 2019 in the law allows an earned income tax credit against personal income tax and a payment from the Tax Relief and Refund Account for immigrant undocumented and in 2019 the Regents of University of California v. DHS and the State of California files a second Supreme Court representing illegal immigrants affirmative laws for education and every state(s) health and food stamp benefits. The defendant's legislative actions cause and has caused the diminution of American jobs and wages in such that they impair and disrupt the employment market by filling all jobs with illegal immigrants. These legislations impair and disrupt the market of goods flowing from or into the world's marketplaces. For example, the defendant's legislations are all are codified as, the California Constitution. On October 5, 2017, the defendants, approved California Senate Bill No.54 which prohibit state and local law enforcement agencies, including school police and security departments, from investigate, interrogate, detain, detect, or arrest persons. This legislation was passed one day after the Unites States Congress passes Senate Bill S.1917, Sentencing Reform and Corrections Acts of 2017. Section 104 it has a shall apply… that allows for the state to enforce this law on any offences prior to the enactment of Senate Bill S.1917. Therefore, any black man like the plaintiff, if charged with any crime prior to the enactment of Senate Bill S.1917 must answer to this law's standard, evidence standards and the "intent" clauses of that law based on those actions' months or years prior to the law going into effect. California law, SB54 was written by the democratic leaders. Senate Bill S.1917 was co-sponsored by the democratic party. Senators Diane Feinstein and Senator Kamila Harris, both democrats supported two bills. One bill on the path to citizenship for illegal immigrants and one bill taking away all citizen privileges and it's for the American Negro's.

In 1999, Eric Sterling, a former lawyer for the House Judiciary Committee would go on to explain to *This American Life* how Democrats, in an effort to recover from their soft on crime reputation, pushed through a drug bill that introduced mandatory minimum sentences. They were told, look, you've got one month to put together your anti-drug agenda and then you're going to go home in the middle of August and you're going to campaign the hell out of that agenda," Sterling said. "We had no hearings. We did not consult with the Bureau of Prisons, or with the federal judiciary, or with DEA, or with the Justice Department, to at least find out from those folks what would be the effect of mandatory minimums. In September 13, 1994, President Clinton passes the Violent Crime Control and Law

Enforcement Act of 1994, which the administration presents as both tough and smart on crime, according to a White House release. It increases drug treatment programs and gun safety laws, but also allocates more money for prisons and issues harsher sentences, including a three-strikes law. Twenty-four states pass three-strikes laws between 1993 and 1995, according to the National Conference of State Legislatures. In September 13, 1994, President Clinton passes the Violent Crime Control and Law Enforcement Act of 1994, which the administration presents as both tough and smart on crime, according to a White House release. It increases drug treatment programs and gun safety laws, but also allocates more money for prisons and issues harsher sentences, including a three-strikes law. Twenty-four states pass three-strikes laws between 1993 and 1995, according to the National Conference of State Legislatures. Below is a mandatory minimum graph from 1987 to 2012 showing the rise in the U.S. prison population as Congress increases expanding 40 mandatory minimum prison sentences and in 2014 there were 2.4 million Americans in prison. In May 1995, the U.S. Sentencing Commission recommends that Congress revisit mandatory minimums, especially the discrepancy between crack and powder cocaine, according to Frontline. Congress overrides the recommendation and according to The Urban Institute after 1986 when Reagan signed the Anti-Drug Abuse Act of 1986 there were more than 1.5 million people in prison, mostly American Negro's up from 949,000 in 1993 and 329,000 in 1980 due to the mandatory minimum sentences in 1986 and the three-strikes law in 1994 continues to incarcerate American Negro's and in **2003** Congress creates, increases, or expands nearly 40 mandatory minimum sentences, Nancy Pelosi, Diane Feinstein were took part and voted for these increase and now are advocating for immunity for illegal immigrants from Mexico and Central America.



**Mandatory Minimum Sentences Created, Increased, or Expanded By Congress, 1987-2012**

By the end of 2015, approximately 7 million individuals were under supervision of the U.S. adult correctional system (including federal and state prisons, local and county jails, and probation or parole). The shift towards mass incarceration began with the Reagan administration's War on Drugs in the early 1980s and intensified when the Clinton administration imposed longer sentences and tougher sentencing standards for drug offenders. "joe" biden became the chairman of the Senate Judiciary Committee in 1987, his goal was to enact legislation that would take a comprehensive approach to reducing crime. IN 1981, "joe" had helped pass two bills establishing mandatory minimums for drug offenses culminated in the 1994 Violent Crime Control and Law Enforcement Act, a sweeping, bipartisan bill that touched every aspect of American law enforcement that was signed into law by President Bill Clinton. A study of Prison Policy found in 2014 found the imprison rate for American Negro women was twice that of white women. In October 2015, a research director at the prison initiative published of the 1,800 juvenile facilities held 48,043 youth and 44% were Negro youth but they make up 16% of all youth in the United States. Nationally, the youth rate of incarceration was 152 per 100,00; Black youth rate was 433 per 100,000. Segregation is systemic in the United States because of the holding in Obergefell v. Hodges, 576 U.S. 644. In 2017 the Senate introduced, Sentencing Reform and Corrections Act of 2017 which created new mandatory minimum prison terms, to make resentencing of a convicted crack cocaine offender sentenced before August 3, 2010, and to establish a mandatory sentencing enhancement for a drug offense. to make the Fair Sentencing Act of 2010 retroactive to permit resentencing of a convicted crack cocaine offender sentenced before August 3, 2010. To show further how

segregated the 2010 Fair Sentencing Act was written to further degrade the American Negro's. The bill reduced the criminal penalty for fentanyl and heroin users and traffickers. The Fourteenth Amendment inescapably imposes upon this Courts to exercise judgement upon all the complaints before the Court, whether they offer fairness in the laws. Plaintiff's complaint is that the defendants exclude immigrants from Mexico and Central America from being charged with crimes by giving them immunity. Plaintiff believes that the judicial judgement of the Court in applying the Due Process Clause must move and lean toward the notion that justice cannot be delegated to one race over others based upon the idiosyncrasies of a merely personal judgement. Furthermore, the plaintiff looks to Justice Black's decision in Twining which reaffirms my requests to have the Court lean towards justice in this claim. In these complaints, the constitutional theory spelled out in Twining v. New Jersey, 211 U.S. 78, the Court is endowed by the Constitution under 'Natural law" periodically to expand the contract constitutional standards to conform to "civilized decency and fundamental liberty and justice.

The Courts power to prevent state violations of the plaintiff's individual civil liberties by finding H.R. 5376 Build Back Better unconstitutional under 42 U.S.C. ss1983 were here the categorical exceptions to the rule requiring exhaustion of administrative remedies. 42 U.S.C. covers all suits against state official ad this Court must invalidate H.R. 5376 Build Back Better as a State of California action that it is in conflict with the United States Constitution. Under 42 U.S.C. ss1983 the categorical exceptions to the rule requiring exhaustion of administrative remedies is guaranteed by the Bill of Rights which protects the American Negro which is challenging H.R. 5376 Build Back Better as it segregates in schools, the workplace, social services and political representation and the defendants are forces to use the current federal and state immigration laws as local remedies of their segregation laws within H.R. 5376 Build Black Better. Since Marbury v Madison was decided, courts have strike down legislative enactments which violate the Constitution for the Negro's. In Griffin v. California, 380 U.S. 609 (1965), the court found it unconstitutional that a rule permitting comment on the defendants' failure to testify. Pfister v Arceneaux (1966, CA5 La) 376 F2d 821, 10 FR Serv 2d 124, cert den (1967) 389 US 986, 19 L Ed 2d 482, 88 S Ct 469 and (1967, CA5 La) 379 F2d 292. Since defendants "joe" and Nancy's federal and state laws authorize the arrest and raids on homes of the American Negro and they pass other laws that make sure illegal immigrants are not arrested to face their federal and state laws and by doing so "joe" and a chick named Nancy are in violation of 42 USCS § 1983, it would have serious bearing on the question whether the Speaker of the House the President of the United States are performing legitimate legislative activities? Similar to the unconstitutionality in Griffin v. California.

California has passed the following laws, in 1997 California Food Assistance Program of 1997 (AB 1576), in 1998 Cash Assistance Program (AB2779), in 2001 Public Post-Secondary Education tuition, in 2011 Employment Acceleration Act (SB 1236), in 2011 California Dream Act/Scholarship Eligibility, (AB 130), in 2011 California Dream Act/Student Financial Aid (AB 131), in 2013 TRUST Act (AB 4), in 2013 Medi-Cal Eligibility (ABX1 1 and SBX1 1), in 2013 Retaliation against Immigrant Workers (AB 263), in 2013 Admission to Practice Law (AB 1024), in 2014 Sentencing (SB 1310), in 2014 Registration for Foreign Labor Contracting (SB 477), in 2014 Restoring Higher Education Access and Affordability (SB 141), in 2014 Expanding Access to Professional Licenses (SB 1159), in 2016 law enforcement & immigration policy enforcement ICE-AB2792, in 2017 SB54, in 2018 the Regents of University of California v. DHS and the State of California files a Supreme Court brief in representing illegal immigrants for affirmative action laws for illegal immigrants, 2019 in the law allows an earned income tax credit against personal income tax and a payment from the Tax Relief and Refund Account for immigrant undocumented and in 2019 the Regents of University of California v. DHS and the State of California files a second Supreme Court representing illegal immigrants affirmative laws for education and every state(s) health and food stamp benefits. The defendant's legislative actions cause and has caused the diminution of American jobs and wages in such that they impair and disrupt the employment market by filling all jobs with illegal immigrants. These legislations impair and disrupt the market of goods flowing from or into the world's marketplaces. For example, the defendant's legislations are all are codified as, the California Constitution. On October 5, 2017, the defendants, approved California Senate Bill No.54 which prohibit state and local law enforcement agencies, including school police and security departments, from investigate, interrogate, detain, detect, or arrest persons. This legislation was passed one day after the Unites States Congress passes Senate Bill S.1917, Sentencing Reform and Corrections Acts of 2017. Section 104 it has a shall apply… that allows for the state to enforce this law on any offences prior to the enactment of Senate Bill S.1917. Therefore, any black man like the plaintiff, if charged with any crime prior to the enactment of Senate Bill S.1917 must answer to this law's standard, evidence standards and the "intent" clauses of that law based on those actions' months or years prior to the law going into effect. California law, SB54 was written by the democratic leaders. Senate Bill S.1917 was co-sponsored by the democratic party. Senators Diane Feinstein and Senator Kamila Harris, both democrats supported two bills. One bill on the path to citizenship for illegal immigrants and one bill taking away all citizen privileges and it's for the American Negro's.

As a result, the majority of those incarcerated during the times the above laws on California created by the California Legislature so illegal immigrants will not be arrested so it would not impact their undocumented status. American Negro's in California were being charged with non-violent crimes and under California's Proposition 64 legalizing marijuana American Negro's are still charged with drug convictions and serving life in prison based on California's three strikes law, in which illegal immigrants do not face any criminal charges. During this era of the California Legislature implementing these immigration laws they allow for appropriations for federal law enforcement agencies increased, while funding for federal and state agencies responsible for drug rehabilitation, prevention, education, and economic investments in impoverished communities drastically declined while offering immunity and college grants to illegal immigrants and grants for municipalities. For example, Section 401(b)(8) of the Higher Education Act of 1965 (20 U.S.C. 1070a(b)(8)) language states, "No basic grant shall be awarded under this subpart to any individual who is incarcerated in any Federal or State penal institution" and illegal immigrants in the U.S. illegally and as a result are in violation of federal and state laws and Section 401(b)(8) of the Higher Education Act of 1965 (20 U.S.C. 1070a(b)(8)) does apply to them as it pertains to this federal law but an economic investments in the Whiteman's communities are drastically different in the  grants offered to them, for example Homeland Security Grants known as Urban Areas Security Initiative (UASI) for California and Homeland Security for fiscal years 2018 Grant Program funding California came from the Urban Area Security Initiatives budget of $580,000,000 in 2018 the fiscal year budget was $590,000,000; in 2020 and 2021. California's UASI Program assists high-threat, high-density Urban Areas in efforts to build and sustain the capabilities necessary to prevent, protect against, mitigate, respond to, and recover from acts of terrorism. The UASI program is intended to provide financial assistance to address the unique multi-discipline planning, organization, equipment, training, and exercise needs of high-threat, high-density Urban Areas, and to assist these areas in building and sustaining capabilities to prevent, protect against, mitigate, respond to, and recover from threats or acts of terrorism using the Whole Community approach. In California, funds are administered by the California Governor's Office of Emergency Services (Cal OES). This agency is responsible for managing the financial and reporting aspects of the grant programs in accordance with established federal guidelines and allocating funds to local, regional, and other state government agencies. The history of California's UASI funding is below and for FY20 included money to hire illegal immigrants as city

employees but used exclusively in American Negro communities. Homeland Security uses their grants to pay illegal immigrants wages and provide social services and Homeland Security creates grants for city employees to murder, harass, rap American Negro's using language like weapons of mass destruction and terrorism when defining American Negro communities but uses language like work, college, medical assistance and family when discussing family leave and child tax credit when discussing the illegal immigrants.

- Anaheim/Santa Ana Area: $5,250,000
- Bay Area: $37,500,000
- Los Angeles/Long Beach Area: $68,000,000
- Riverside Area: $3,500,000
- Sacramento Area: $3,500,000
- San Diego Area: $16,900,000
-

Homeland Security Grant Program fiscal year was $615,000,000 which provides funding to enhance regional preparedness and capabilities in designated high-threat, high-density areas includes a suite of risk-based grants to assist state, local, tribal and territorial efforts in preventing, protecting against, mitigating, responding to and recovering from acts of terrorism and other threats. Here, the Homeland Security Grant Program is designed only for American Negro's and is unconstitutional as the federal government and States employees use this Homeland Security Grant Program for compensation for money. This is peonage upon the plaintiff and American Negro as the "Grant Program" is only for work related to arresting American Negros for mythical crimes that particular city police department can come up with and stuns the growth of the American Negro race by genocide through legislation. Similarly, the 2001 U.S. Constitutional proposal H.R. 5376, Build Back Better allows for "Grants" educational and monetary to be given exclusively to illegal immigrants using the American Negro's state and federal tax dollars. Similar to H.R. 5376 Build Back Better allows for "Grants" monetary to be given exclusively to city employees by Homeland Security Grant Program and in fiscal 2021 the Homeland Security Grant Program (HSGP) constitute the DHS/Federal Emergency Management Agency's (FEMA's) focus on enhancing the ability of state, local, tribal and territorial governments, as well as nonprofits, to prevent, protect against, respond to and recover from terrorist attacks, in U.S. cities neighborhoods and the word "Urban" is American Negro communities exclusively as Aire B&B has houses the Taliban in suburban cities and illegal immigrants are 'essential workers' under California and federal law but the Homeland Security

Grant Program part of a comprehensive set of measures authorized by Congress and implemented by DHS to help strengthen the nation's communities against potential terrorist attacks. The violations upon the American Negro's Thirteenth as H.R. 5376 Build Back Broke brings the American Negro into peonage and involuntary servitude to a foreign nation as these same American Negro's voted for the defendants Joe" and Nancy in the 2020 Presidential election.

H.R. 5376 Build Back Better is in violation of Title 8Aliens and Nationality subsection 1189 specifically on page 209 under subparagraph (B) the language states, the Secretary shall review the designation of the foreign terrorist organization in order to determine whether such designation should be revoked pursuant to paragraph (6) In subsection1182. Inadmissible aliens under section (a) Classes of aliens ineligible for visas or admission except as otherwise provided in this chapter, aliens who are inadmissible under the following paragraphs are ineligible to receive visas and ineligible to be admitted to the United States: (1) Health-related grounds(A) In general Any alien-(i) who is determined (in accordance with regulations prescribed by the Secretary of Health and Human Services) to have a communicable disease of public health significance; (ii) except as provided in subparagraph (C), who seeks admission as an immigrant, or who seeks adjustment of status to the status of an alien lawfully admitted for permanent residence, and who has failed to present documentation of having received vaccination against vaccine-preventable diseases, which shall include at least the following diseases: mumps, measles, rubella, polio, tetanus and diphtheria toxoids, pertussis, influenza type B and hepatitis B, and any other vaccinations against vaccine-preventable diseases recommended by the Advisory Committee for Immunization Practices. The Constitution gives this Court the authority of the federal government who has the power to put down domestic rebellions, including slave insurrections or non-violent marches demanding an end to lynching of American Negro's or allowing the invasion of illegal immigrants by invitation of the defend ats and DHS which is in line with "joe's" BBB-H.R. 5376 which is segregation. The government's duty to afford protection for the American Negro the plaintiff race as the government is a major trope in the discussion of slavery as they are the authors or H.R. 5376 which coincidentally the meaning of rights leading up to the Civil War was slavery. The Court must hold, that it would be "running the slavery argument into the ground" to find that if Thirteenth Amendment protections against the badges and incidents of slavery extended to prohibit racial discrimination in H.R. 5376 which allowed in the U.S. Constitution to discriminate in places of public accommodation supported by federal grants and the DHS, the Department of Labor, the Department of Health and Human Services and the Department of Labor. All of these branches of government pay illegal

immigrants to procreate, work Medicare and Medicare. The framers of the Constitution believed that concessions on slavery were the price for the support of southern delegates for a strong central government. The framers consciously avoided the word, recognizing that it would sully the document. Nevertheless, slavery received important protections in the Constitution. The notorious three-fifths clause which counted three-fifths of a state's slave population in apportioning representation gave the South extra representation in the House of Representatives and extra votes in the Electoral College. These arguments before this Court are similar today as the Framers delt with particularly when it came to two critical governmental functions: taxation and representation. Delegates from slave-holding states unsurprisingly believed in the opposite: enslaved people should not be double-taxed as both people and "property," but they constituted part of the population when determining the number of seats, a state received in the House of Representatives. Debates over the question of counting Black enslaved populations threatened to derail the entire Convention and stymie attempts to create a more functional form of government. Delegates returned to a compromise that James Madison had proposed when settling these same questions during the drafting of the Articles of Confederation: an enslaved Black person would neither entirely count nor not count, but instead be counted as three-fifths of a person for questions of both taxation and representation. This compromise was accepted and written into Article 1, Section 2, Clause 3 of the U.S. Constitution. The legal implications of the Three-Fifths Compromise itself remain the law's most notorious effect. Though slavery was elided in other parts of the Constitution, this clause explicitly codified Black enslaved people as less than human under federal law. The Three-Fifths Compromise created a unique political status that dehumanized the vast majority of Black people in the U.S. This status was used as justification for countless more discriminatory policies, particularly Dred Scott v. Sanford, the Supreme Court decision that ruled that Black people were not legally entitled to U.S. citizenship regardless of whether they were enslaved or free. White lawmakers from slave-holding states gained more seats in the House of Representatives without being required to advocate for laws that benefited enslaved people, as those enslaved people could not vote and were not considered constituents. The election of 1800, where Thomas Jefferson prevailed over John Adams after an initial tie, almost certainly would have had a different winner without the additional votes brought on by the compromise. Jefferson is only the first of many slave-holding presidents whose elections were bolstered in this way. Historians similarly speculate that the Indian Removal Act, which only narrowly passed in the House of Representatives, would not have passed without the vote distribution from the Three-Fifths Compromise. Incarcerated people are disproportionately people of color and are denied voting rights in most of the

country, but they are counted for apportionment of legislature seats in the white communities surrounding prisons. In 2020 the Federal District Court in Manhattan, said President Trump's proposal exceeded his authority under federal laws governing the census and reapportionment, there the court held, "The merits of the parties' dispute are not particularly close or complicated". The court said the president's order excluding unauthorized immigrants violated the law "in two clear respects." It said federal law required the production of a single set of state population totals, making two separate counts illegal. Beyond that, the judges wrote, Mr. Trump's memorandum "violates the statute governing reapportionment because, so long as they reside in the United States, illegal aliens qualify as 'persons' in a 'state' as Congress used those words." After the convention approved the great compromise, Madison wrote: "It seems now to be pretty well understood that the real difference of interests lies not between the large and small but between the northern and southern states. The institution of slavery and its consequences form the line of discrimination." A Virginia delegate, George Mason, who owned hundreds of slaves, spoke out against slavery in ringing terms. "Slavery," he said, "discourages arts and manufactures. The poor despise labor when performed by slaves." Slavery also corrupted slaveholders and threatened the country with divine punishment, he believed: "Every master of slaves is born a petty tyrant. They bring the judgment of heaven on a country."
Oliver Ellsworth of Connecticut accused slaveholders from Maryland and Virginia of hypocrisy. They could afford to oppose the slave trade, he claimed, because "slaves multiply so fast in Virginia and Maryland that it is cheaper to raise than import them, whilst in the sickly rice swamps [of South Carolina and Georgia] foreign supplies are necessary." Ellsworth suggested that ending the slave trade would benefit slaveholders in the Chesapeake region, since the demand for slaves in other parts of the South would increase the price of slaves once the external supply was cut off. Luther Martin of Maryland, a slaveholder, said that the slave trade should be subject to federal regulation since the entire nation would be responsible for suppressing slave revolts. He also considered the slave trade contrary to America's republican ideals. "It is inconsistent with the principles of the Revolution," he said, "and dishonorable to the American character to have such a feature in the constitution." If the Constitution temporarily strengthened slavery, it also created a central government powerful enough to eventually abolish the institution. the Constitution a proslavery document is "a covenant with death and an agreement with Hell".

Similarly in the 2016 former President Clinton, 'joe" and Nancy viewed the crime legislation of his administration rated at a N.A.A.C.P

convention he went too far in toughening sentencing standards and thus contributed to mass incarceration "I signed a bill that made the problem worse," Mr. Clinton said. "And I want to admit it." Then there is "joe" who has served as the Obama administration's unofficial liaison to the law enforcement community, has not only stood by the 1994 legislation, but has also frequently taken credit for it. As recently as this spring, in an essay on community policing for a book of bipartisan reform proposals put together by the Brennan Center for Justice, Mr. Biden referred to the legislation as the "1994 Biden Crime Bill." "joe's" statement in in 2016, stressed the success of the bill's community policing measures, which he said had achieved their goals before funding was cut. The issue here is of liability of the California Sheriff's department and Nancy Pelosi for failure to provide special protections to those in California prison who are denied parole for technical reason, but these same employees of the State of California offer immunity to illegal immigrants and comply to SB54's the Californian Constitution which has a Shall Not... clause not to arrest illegal immigrants which would show they are in violation of federal immigration laws a violation of "parole" of being in the U.S> illegally but unlike the way an American's has a technical violation of their parole, use drug test. So, a decision by the legislature in California to institute universal drug testing on an American will increase the number of candidates for this parole decision and that same legislature in California institutes universal healthcare and education for illegal immigrants who violate a federal law is unconstitutional The issue here is of Nancy Pelosi's failure to provide special protection to American citizens who are not allowed parole but gives immunity to illegal immigrants who violate federal laws constitutes since 1994 repeatedly threatened those seeking parole with personal harm and have suffered dire personal injuries for lack of such protections by the California Legislature and Nancy Pelosi. Similarly, a decision to revoke parole for the first dirty urine, rather than the second or third dirty urine, will increase the number of candidates for parole revocation. Nancy Pelosi has different policies that would increase or decrease the flow of parolees back to prison for technical violations widespread enforcement of curfews, strict requirements regarding employment or approved addresses, rigid observance of prohibitions against consorting with known criminals. For example, Jennifer Shaffer took over as Executive Director of BPH and began a serious effort to bring its procedures in

line with another pair of Supreme Court decisions reached in 2008 that required parole decisions to be based on the danger posed by a prisoner rather than the seriousness of their crime. California Department of Corrections and Rehabilitation (CDCR) under pressure to reduce its prisoner population since a 2011 ruling by the U.S. Supreme Court found such severe overcrowding to constitute "cruel and unusual punishment" for inmates, violating a right guaranteed by the Eighth Amendment to the Constitution but Jennifer Shaffer Executive Director of BPH over the next four years, paroles for "lifers" more than tripled, from 8 percent of applicants to 30 percent. These same states that have eliminated parole boards are Arizona, California, Delaware, Illinois, Indiana, Kansas, Maine, Minnesota, Mississippi, Ohio, Oregon, New Mexico, North Carolina, Virginia, Washington. These states are Sanctuary States, California, Illinois, Oregon, New Mexico and Washington have laws, ordinances, regulations, resolutions, policies, or other practices that obstruct immigration enforcement and shield criminals from ICE (Homeland Security) either by refusing to or prohibiting agencies from complying with ICE (Homeland Security) detainers, imposing unreasonable conditions on detainer acceptance, denying ICE (Homeland Security) access to interview incarcerated aliens, or otherwise impeding communication or information exchanges between their personnel and federal immigration officers. These same States apply for "DHS Grant Program" from DHS for compensation to kill, arrest and create crimes exclusively in Urban areas defined as areas of "terrorism" and "weapons of mass destruction" are located offered by Homeland Security Grand Program.

To have California state employees create from policies to California Constitutions specifically to send more people back to prison and keep them in prison as Proposition 20 as it was sent to California voters in 2020. At the same time these same city employees have a policy which is a California Constitution in the presence of an existing standard will tend to displace the room the defendants for government discretion and immunity to create California Constitution calling illegal immigrants "essential workers", which comes from a "Grant" from Homeland Security which allows illegal immigrants into the county for work reasons and under a "Grant" from DHS any municipality can apply to incarcerate American Negro's and under DHS they provide "DHS Grant Program" to illegal immigrants to attend college, get cash monthly, get grants for healthcare. Department of Homeland Security is a terrorist organization headed by a Vato.

Another violation of federal laws was on July 2, 2013, the Obama Administration announced via blog post that the President would unilaterally suspend the employer mandate of Obamacare. The statute is perfectly clear: It provides that these provisions become effective on January 1, 2014.The U.S. Dep't of the Treasury on July 2, 2013,released the Obama Administration suspended implementation of 26 U.S.C. Sec. 6055, 26 U.S.C. Sec. 6056, and 26 U.S.C. Sec. 4980H. The Patient Protection and Affordable Care Act, 111-148, Sec. 1502(e), 124 Stat. 119, 252 (March 23, 2010). The amendments made by this section shall apply to calendar years beginning after 2013."; Sec. 1513(d), 124 Stat. at 256. The amendments made by this section shall apply to months beginning after December 31, 2013. The Court must agree Obama's wholesale suspension of law, the "Take Care that the Laws be faithfully executed," meant that President Obama declining to execute, his own law. The ironic thins is the author of Obamacare Iowa Sen. Tom Harkin a Democrat, a lawyer who asked exactly the right question: "This was the law. How can they change the law?" An example of law being changed was on July 2nd, 2013, just before the long weekend, the Obama administration announced via blog post that the President would unilaterally suspend the employer mandate of Obamacare, notwithstanding the unambiguous command of the law. The statute is perfectly clear. It provides that these provisions become effective on January 1st, 2014. The blog post makes no mention of the statutory deadline. This raises the question of what it means to take care that the laws be faithfully executed. Certainly, the adverb ``faithfully'' gives the President broad discretion about how to best deploy his executive resources, and the scope of that discretion can be the subject of legitimate debate. But this was not a mere calibration of executive resources. This is wholesale suspension of law in the teeth of a clear statutory command to the contrary. Whatever it may mean to take care that the laws be faithfully executed, it simply cannot mean declining to execute a law at all. Now, the President's remarks on this issue were quite striking. A few months ago, he said he would actually prefer to simply call up the Speaker of the House to request a change in this law that would have achieved the desired delay, but the truth is he would not have needed to pick up the phone. The House actually had already passed the Authority for Mandate Delay Act, but the President, far from welcoming this legislative change, actually threatened to veto it. So, this seems like a willful violation of the Take Care Clause. The second example, the Immigration and Nationality Act suspension, which the Chairman mentioned. I will just mention briefly what is striking about this is the President's decision to enforce the immigration laws as though the DREAM Act had been enacted when in fact it has not. So, in this case, it is almost a mirror of the other case. Rather than declining to comply with a duly enacted statute, the President is complying meticulously but with a bill that never became a law. Congress has repeatedly

considered a statute called the DREAM Act. The President favors this act. Congress repeatedly declined to pass it. So, the President has simply announced that he would enforce the Immigration and Nationality Act as though the DREAM Act had been enacted. To put the point another way, the President's duty is to "take Care that the Laws be faithfully executed," "Laws," capital L, not those bills which fail to become law like the DREAM Act which is clearly unconstitutional. Finally, I will just briefly mention the IRS targeting. If the adverb ``faithfully'' means anything, I would say that it means nondiscriminatory. That is, the President cannot enforce the laws in a discriminatory manner. And the story of the IRS targeting is actually the application of the tax laws to the President's political enemies in a discriminatory way. This is perhaps the single most troubling type of enforcement discrimination, and so in a way perhaps the most troubling violation of the President's obligation to take care that the laws be faithfully executed. In coordination with the Obama/Biden Administrations unilaterally suspend the employer mandate of Obamacare State laws of California helped by Nancy Pelosi passed in 2013 the following laws unconstitutional immigration laws, California Dream Act/Student Financial Aid (AB 131), in 2013 TRUST Act (AB 4), in 2013 Medi-Cal Eligibility (ABX1 1 and SBX1 1), in 2013 Retaliation against Immigrant Workers (AB 263), in 2013 Admission to Practice Law (AB 1024), in 2014 Sentencing (SB 1310), in 2014 Registration for Foreign Labor Contracting (SB 477), in 2014 Restoring Higher Education Access and Affordability (SB 141), in 2014 Expanding Access to Professional Licenses (SB 1159), in 2016 law enforcement & immigration policy enforcement ICE-AB2792, in 2017 SB54, in 2018 the Regents of University of California v. DHS and the State of California files a Supreme Court brief in representing illegal immigrants for affirmative action laws for illegal immigrants, 2019 in the law allows an earned income tax credit against personal income tax and a payment from the Tax Relief and Refund Account for immigrant undocumented and in 2019 the Regents of University of California v. DHS and the State of California files a second Supreme Court representing illegal immigrants affirmative laws for education and every state(s) health and food stamp benefits. The defendant's legislative actions cause and has caused the diminution of American jobs and wages in such that they impair and disrupt the employment market by filling all jobs with illegal immigrants. These legislations impair and disrupt the market of goods flowing from or into the world's marketplaces. For example, the defendant's legislations are all are codified as, the California Constitution. On October 5, 2017, the defendants, approved California Senate Bill No.54 which prohibit state and local law enforcement agencies, including school police and security departments, from investigate, interrogate, detain, detect, or arrest persons. This legislation was passed one day after the Unites States Congress passes Senate Bill S.1917, Sentencing Reform and

Corrections Acts of 2017. Section 104 it has a shall apply... that allows for the state to enforce this law on any offences prior to the enactment of Senate Bill S.1917. Therefore, any black man like the plaintiff, if charged with any crime prior to the enactment of Senate Bill S.1917 must answer to this law's standard, evidence standards and the "intent" clauses of that law based on those actions' months or years prior to the law going into effect. California law, SB54 was written by the democratic leaders. Senate Bill S.1917 was co-sponsored by the democratic party. Senators Diane Feinstein and Senator Kamila Harris, both democrats supported two bills. One bill on the path to citizenship for illegal immigrants and one bill taking away all citizen privileges and it's for the American Negro's.

Obama said:
America is a nation of laws, which means I, as the President, am obligated to enforce the law. . . . With respect to the notion that I can just suspend deportations through executive order, that's just not the case, because there are laws on the books that Congress has passed . . . There are enough laws on the books by Congress that are very clear in terms of how we have to enforce our immigration system that for me to simply through executive order ignore those congressional mandates would not conform with my appropriate role as President. The President executive order violates the American Negro's Due Process Rights, for example, in 2013, San Francisco passed the "Due Process for All Ordinance".
In June 2012, President Obama appeared to exercise precisely this type of ``dispensing power'' in issuing an order to federal agencies that the Administration would no longer deport individuals who came to this country illegally as children despite the fact that federal law mandates such deportation. In disregarding the statutory language, the Administration rolled out a new alternative policy that individuals can qualify for ``deferred action'' if they had come to the country before the age of 16, have no criminal history, resided in the U.S. for at least five consecutive years, and are either a student or have already graduated from high school, or earned an equivalent GED, or served in the military. Yet, this new, detailed system is the product not of Congress but the internal deliberations of a federal agency. While claimed to simply be an act of prosecutorial discretion, it constitutes a new and alternative immigration process for these individuals. Another example of Obama's ``dispensing power'' in issuing an order to federal agencies

It is the last hope of Pramila Jayapal as she is not a negotiator but a lynch as she as co-chair of the Congressional Progressive Bitch's in her seat as of 2019 has created a document as it is written is a coup d'état against the United States of

American and she need to be arrested and taken into custody by the U.S. Military as a co-conspirator to overthrow the United States of American and tried for treason per the Nuremberg Code. officially accepted as law by any nation or as official ethics guidelines by any association. In fact, the Code's reference to Hippocratic duty to the individual patient and the need to provide information was not initially favored by the American Medical Association. The defendants Nancy Pelosi, Xavier Becerra, "joe" Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas are guilty of crimes against humanity and allowing doctors the very same doctors who decide who will decide on who got a ventilator based on age, sickness and race. Proposition 215 allows for a doctor's recommendation for euthanasia designed as a medicine under the color of the law. Moreover, he California Supreme Court has ruled that employers have a right to drug test and fire patients who test positive for marijuana, regardless of their medical use (Ross v RagingWire, 2008). the Court must include the Nuremberg Code as a part of the judgment. Six of ten principles in Nuremberg Code are derived from the 1931 Guidelines, and two of four newly inserted principles are open to misinterpretation. Although the Nuremberg Code was a hastily put together document on the advice of medical experts who took part in the trial. It is believed that Harold Sebring was the author of the Code the two American physicians who helped prosecute the Nazi doctors at Nuremberg, Leo Alexander, and Andrew Ivy, have also been identified as the Code's authors. The defendants have violated the Nuremberg Code which makes it clear the Courts view is without the injunction the balance of hardships favors the respective parties and that the American Negro the plaintiff race is likely to suffer irreparable harm in the absence of this preliminary relief. The facts are, on March 27, 2019, the Asian American Advancing Justice-Asian Law Caucus Advancing Justice; Border Criminologists, and the University of Oxford Centre for Criminology authored a report "Turning the Golden State into a Sanctuary State." Which directed and impacted SB54 the California Constitution which has and has a direct effect on interstate commerce and that the balance of equities tips in their favor and that an injunction is in the public's interest. The defendants harm continues to the American Negro because every federal or state legislation currently and specifically in this complaint favors illegal immigrants in the form of welfare and harms the American people. The American Government has made it undoubtably clear American Black Lives Do Not Matter and the harm to the American Negro the moving party if relief is not granted and the likelihood of the American Negro the moving party success moreover, the causes reflect that they are likely to succeed on the merits. The harm to the American Negro the moving party if relief is not granted and the likelihood of the American Negro the moving party success because SB54 rigid frameworks which is inconsistent with

constitutional elements of trimesters and the viability of life are constitutional requirements in California bill of Rights, this cannot survive the Courts scrutiny on whether SB54 is a constitutional law.

Nancy Pelosi, Xavier Becerra, "joe", Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas Democratic National Committee sympathizer holding leadership positions in political, military, and economic areas are guilty under the Nuremberg Military Tribunals crimes against humanity for the atrocious experiments they carried out on unwilling American Negro's from 1989 when sanctuary city was introduced to 2021 and now are authors of H.R. 5376 Build Back Better Act.

Answer

Yes

Conclusion

Nancy Pelosi, Xavier Becerra, "joe", Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas ordered, planned, and organized by authoring H.R. 5376 Build Back Better and amended laws through Executive Order is a war crime and crimes against humanity of the plaintiff and the American Negro community charged in counts one, war crimes and two, crimes against humanity. Charged against all of the defendants Nancy Pelosi, Xavier Becerra, "joe" Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas separately as they are the Executive Branch of the United States of America. As this Court is a tribunal it must decide to convict on this charge. Conducting medical marijuana experiments for the benefit of the California's police officer's association payroll and city and state services aided by private partners latin task force, unidos en salud, CZ Biohub, Trustees of the State College System of California and the Silicon Valley Chamber of Commerce to test the effectiveness of sulfanilamide and other drugs as treatments for infected wounds; experiments were conducted in the state of California. While authoring laws for CDC funding and United Way Bay Area disbursement of federal tax dollars for heath and procreation of the illegal immigrants or Aliens. By the defendants authorizing and authoring H.R. 5376 they have also violates §2 enforcement powers, Congress enacted a statute by which it abolished peonage and prohibited anyone from holding,

arresting, or returning, or causing or aiding in the arresting or returning, of a person to peonage

The experimentation on bone, muscle, and nerve regeneration, and not allowing the use ventilators on American Negro's during 2020's Covid19 health crisis as the live expectancy as determined by the justice department is 60 years, as they use this for sentencing guidelines as well. From 2014 when Deleon allowed unrestricted testing of marijuana in the Negro communities in California. This allowed for the addiction of the drug to be needed as it was prescribed as a medical device. In 2017 the state of California regulated the drug and began collecting taxes to kill off the plaintiff race until January 2021 when he supported H.R. 1319. Which is a crime against humanity for the atrocious experiments they carried out on unwilling American Negro's. DeLeon supported California's laws regulating cannabis were substantially revised in 2017 by comprehensive new legislation known as the Medicinal and Adult Use Cannabis Regulation and Safety Act (MAUCRSA). As the Democratic National Committee sympathizer he conducted for benefit of American police forces, using Napa and surrounding counties sheriff and police departments to issue licenses and not seize the illegal dug while it was legally defined as a medical product which he allowed for the state to issue license under MAUCRSA being issued according to regulations promulgated by the Bureau of Cannabis Control and its affiliated agencies, the Department of Food and Agriculture (for cultivation) and the Department of Public Health(for manufacturing, packaging and labeling). The Court must hold DeLeon is guilty in a leadership position in political, military, and economic areas are guilty under the Nuremberg Military Tribunals crimes against humanity for the atrocious experiments they carried out on unwilling American Negro's from 1989 when sanctuary city was introduced to 2021 when he supported H.R. 1319.

(G)

Issue

SB 420 is in violation of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (21 U.S.C. 801 et seq.).

Answer

Yes

Rule

Abuse of psychotropic substances has become a phenomenon therefore, essential that the United States cooperate with other nations in establishing effective controls over international traffic in such substances. The United States has joined with other countries in executing an international treaty, entitled the Convention on Psychotropic Substances and signed at Vienna, Austria, on February 21, 1971, which is designed to establish suitable controls over the manufacture, distribution, transfer, and use of certain psychotropic substances. It is the intent of the Congress that the amendments made by this Act, together with existing law, will enable the United States to meet all of its obligations under the Convention and that no further legislation will be necessary for that purpose. the procedures and criteria for classification of substances provided in the Comprehensive Drug Abuse Prevention and Control Act of 1970 (21 U.S.C. 801 et seq.). This will insure that o(A) the availability of psychotropic substances to manufacturers, distributors, dispensers, and researchers for useful and legitimate medical and scientific purposes will not be unduly restricted; o(B) nothing in the Convention will interfere with bona fide research activities; and o(C) nothing in the Convention will interfere with ethical medical practice in this country as determined by the Secretary of Health and Human Services on the basis of a consensus of the views of the American medical and scientific community. The term "addict" means any individual who habitually uses any narcotic drug so as to endanger the public morals, health, safety, or welfare, or who is so far addicted to the use of narcotic drugs as to have lost the power of self-control with reference to his addiction. The Nuremberg Code aimed to protect human subjects from enduring the kind of cruelty and exploitation the prisoners endured at concentration camps. The 10 elements of the code are:

1. Voluntary consent is essential
2. The results of any experiment must be for the greater good of society
3. Human experiments should be based on previous animal experimentation
4. Experiments should be conducted by avoiding physical/mental suffering and injury
5. No experiments should be conducted if it is believed to cause death/disability
6. The risks should never exceed the benefits
7. Adequate facilities should be used to protect subjects
8. Experiments should be conducted only by qualified scientists
9. Subjects should be able to end their participation at any time

10. The scientist in charge must be prepared to terminate the experiment when injury, disability, or death is likely to occur

Peonage Act-187, §1, 14 Stat. 546, now in 42 U.S.C. §1994 and 18 U.S.C. §1581.Upheld in Clyatt v. United States, 197 U.S. 207 (1905); and see United States v. Gaskin, 320 U.S. 527 (1944). See also 18 U.S.C. §1584, which is a merger of 3 Stat.452 (1818), and 18 Stat. 251 (1874), dealing with involuntary servitude. Cf. United States v. Shackney, 333 F.2d 475, 481–83 (2d Cir. 1964).


Facts

The Centers for Disease Control and Prevention (CDC) is awarding more than $28.6 million in additional funding to 44 states and the District of Columbia to support their responses to the opioid overdose epidemic. The funds will be used to strengthen prevention efforts and better track opioid-related overdoses. One piece of HHS's five-point strategy for combating the opioid crisis is improving our understanding of the epidemic through better public health data," said Health and Human Services Secretary Tom Price, M.D. "The expansion of these CDC programs, made possible by legislation President Trump signed earlier this year, is an important piece of our commitment to helping states combat the scourge of opioid addiction and overdose. in the fiscal year (FY) 2017 Omnibus Appropriations bill is allowing CDC to support all states funded under its Overdose Prevention in States (OPIS) effort, which includes three programs that equip states with resources needed to address the epidemic. The three programs are: Prescription Drug Overdose: Prevention for States (PfS), Data-Driven Prevention Initiative (DDPI), and Enhanced State Opioid Overdose Surveillance (ESOOS). These states all have medical marijuana laws in American Negro communities while Opioid for the Whiteman is an epidemic. PfS supplemental awardees are: Arizona, California, Colorado, Connecticut, Delaware, Illinois, Indiana, Kentucky, Maryland, Massachusetts, Nebraska, Nevada, New Mexico, New York, North Carolina, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, Tennessee, Utah, Vermont, Virginia, Washington, West Virginia, and Wisconsin. CDC Director Brenda Fitzgerald, M.D. "This additional CDC funding to states, who are on the frontlines of the opioid overdose epidemic, is critical to help them scale up prevention efforts to fight this crisis and save lives.


Conclusion

The Feres doctrine, Feres v. Unites States, 340 U.S. 135, 71 S.Ct. 153, 95 L. Ed. 152, that members of the armed services cannot sue for negligently caused injuries that occur while they are on duty. Similar provisions for civilian governmental employees. In Hinkie v. United States, 715 F.2d 96 (3d Cir. 1983) a serviceman's child suffered birth defects from her father's exposure to radioactive material, the child's claim was barred by the Feres doctrine. On the other hand, in West v. United States, 729 F.2d 1120 (7th Cir. 1984) the court held that the Feres was no bar to a claim for injuries on part because the injury to the child was not a result to the father but was separate and independent. Here, Pelosi allowed the U.S. military's Drug Enforcement Agency and private citizens to independently sell their unapproved illegal drugs to the plaintiff and the American Negro under the State approved prescription which was not approved, authorized nor affiliated with the FDA nor the CDC and Newson the Governor of California did not get Congressional approval for commerce in the state, or it being traveled across states borders. Here, the Governor allowing the military to manufacture drugs, create state laws and the state collecting taxes have created a business market with private citizens and as a result the State is a private citizen. Here the United States conspired with the DEA as private citizens who then conspired to bring marijuana into California as a private persons and businesses are liable to the plaintiff and Negro race accordance with the laws of the place where the act or omission occurred, 28 U.S.C sub section 1346(b) and Richards v. United States, 369 U.S. 1, 82 S. Ct. 585, 7 L. Ed. 492 (1962). The Court must look to the meaning of the Thirteenth Amendment in interpreting H.R. 5376 Build Back Better specifically prohibiting conspiracy to interfere with the plaintiff and American Negro's exercise or enjoyment of constitutional rights, 18 U.S.C. §241. The other prohibiting the holding of a person in a condition of involuntary servitude, 18 U.S.C. §1584. For purposes of prosecution under these authorities, the Court must hold, H.R. 5376 Build Back Better meets the term 'involuntary servitude' which necessarily means a condition of servitude in which the American Nego's is forced to work for or pay their taxes to without representation from the defendants Nancy Pelosi, Xavier Becerra, "joe" Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas by the use or threat of physical restraint or physical injury, or by the use or threat of coercion through law or the legal process.'

H.R. 5376 Build Back Better is a written contract for employment exclusively for illegal immigrants from Mexico and Central American and the Court and the American Negro has been here before with these FUCKING IMMIGRANTS that come to America. For example, in Bailey v. Alabama, 219 U.S. 219 (1911),

Justice Holmes, joined by Justice Lurton, dissented on the ground that a State was not forbidden by this Amendment from punishing a breach of contract as a crime. The Court voided another Alabama statue which made the refusal without just cause to perform the labor called for in a written contract of employment, or to refund the money or pay for the property advanced thereunder, prima facie evidence of an intent to defraud and punishable as a criminal offense, and which was enforced subject to a local rule of evidence which prevented the accused, for the purpose of rebutting the statutory presumption, from testifying as to his "uncommunicated motives, purpose, or intention." Inasmuch as a state "may not compel one man to labor for another in payment of a debt by punishing him as a criminal if he does not perform the service or pay the debt," the Court refused to permit it "to accomplish the same result indirectly by creating a statutory presumption which, upon proof of no other fact, exposes him to conviction." In 1914, in United States v. Reynolds, a third Alabama enactment was condemned as conducive to peonage through the per-mission it accorded to persons, fined upon conviction for a mis-demeanor, to confess judgment with a surety in the amount of the fine and costs, and then to agree with said surety, in consideration of the latter's payment of the confessed judgment, to reimburse him by working for him upon terms approved by the court, which, the Court pointed out, might prove more onerous than if the convict had been sentenced to imprisonment at hard labor in the first place. Fulfillment of such a contract with the surety was viewed as being virtually coerced by the constant fear it induced of rearrest, a new prosecution, and a new fine for breach of contract, which new penalty the convicted person might undertake to liquidate in a similar manner attended by similar consequences. More recently, Bailey v. Alabama has been followed in Taylor v. Georgia30andPollock v. Williams,31in which statutes of Georgia and Florida, not materially different from that voided in the Bailey case, were found to be unconstitutional.

This parasitic way of thinking has been the DNC policy of cities and states' ordinances which limits when city law enforcement officers may give ICE advance notice of a person's release from local jail. It also prohibits cooperation with ICE detainer requests, sometimes referred to as ICE holds. Similar to the 2013 "Due Process for All Ordinance" there have always been laws in the U.S. based on city ordinances similar to H.R. 5376 Build Back Better and not the constitution but because these laws preserve the Christian and Jew way of life they are legal in the eyes of the city policy for example, in Bailey v. Patterson, the Mayor of Jackson testified to the City's policy: State your understanding of the racial policy of the

City of Jackson with respect to transportation facilities in the City of Jackson. It has been the policy of mine as chief law enforcement officer, and the members of the city council and the police department and of the people of Jackson, to maintain what has worked over the last hundred years to bring happiness and peace and prosperity to everyone within our city. *That has been done by a separation of the races, not segregation. We never refer to it as segregation.* Bailey v. Patterson, 1961, 199 F. Supp. 595, 611.

The second example, immigration, is an exact mirror of the first. In the Obamacare context, the President suspended an Act of Congress a statute that was duly passed by both Houses of Congress, and which he himself had signed into law. In the immigration context, the situation is the opposite. Rather than declining to comply with a duly enacted statute, the President is complying meticulously with a bill that never became a law. Congress has repeatedly considered a statute called the DREAM Act, which would exempt a broad category of aliens from the Immigration and Nationality Act (INA). The President favored this Act, but Congress repeatedly declined to pass it. So, on June 15, 2012, the President announced that he would simply not enforce the INA against the precise category of aliens described in the DREAM Act. He announced, in effect, that he would behave as though the DREAM Act had been enacted into law, though it had not. The Dream Act of 2011 did not move past the committee stage in either the House or the Senate. See Development, Relief, and Education for Alien Minors Act of 2011, H.R. 1842, 112th Congress (2011); Development, Relief, and Education for Alien Minors Act of 2011, S. 952, 112th Congress (2011). Memorandum from Janet Napolitano, Sec'y, U.S. Dept. of Homeland Sec., to David V. Aguilar, Acting Comm'r, U.S. Customs & Border Prot., Alejandro Mayorkas, Dir., U.S. Citizenship & Immigration Servs. & John Morton, Dir., Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children, U.S. Immigration & Customs Enforcement (June 15, 2012), http://www.dhs.gov/xlibrary/assets/s1-exercising-prosecutorial-discretion-individuals-who-came-to-us-as-children.pdf. Once again, the President does have broad prosecutorial discretion and broad discretion to husband executive resources. But in this case, it is quite clear that the President is not merely trying to conserve resources. His Solicitor General recently went to the Supreme Court to forbid Arizona from helping to enforce the INA. And exempting as many as 1.76 million people from the immigration laws goes far beyond any traditional conception of prosecutorial discretion.

More to the point, this exemption has a distinctly legislative character. It is not a decision, in a particular case, that enforcement is not worth the resources; it is a blanket policy which exactly mirrors a statute that Congress declined to pass. To

put the point another way, the President shall ``take Care that the Laws" capital "L" be faithfully executed not those bills which fail to become law. Here, in effect, the President is faithfully executing the DREAM Act which is supreme law of the land.

Memorandum from Janet Napolitano, Sec'y, U.S. Dept. of Homeland Sec., to David V. Aguilar, Acting Comm'r, U.S. Customs & Border Prot., Alejandro Mayorkas, Dir., U.S. Citizenship & Immigration Servs. & John Morton, Dir., Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children, U.S. Immigration & Customs Enforcement (June 15, 2012, Once again, the President does have broad prosecutorial discretion and broad discretion to husband executive resources. But in this case, it is quite clear that the President is not merely trying to conserve resources. His Solicitor General recently went to the Supreme Court to forbid Arizona from helping to enforce the INA.

The third example is troubling in a different way. As is now well known, the IRS subjected Tea Party organizations to Kafkaesque scrutiny and delay, particularly in the run-up to the last election. A few months ago, a House Oversight Committee hearing revealed that the IRS Chief Counsel's Office had played a key role. The Chief Counsel is one of only two political appointees at the IRS appointed by President Obama and confirmed by the Senate.\33\ But what was missing from the hearing--and what has been missing from the commentary throughout--is the constitutional context of this scandal. But, again, recall that the duty to ``take Care" is personal. Execution of the laws may be delegated; indeed, the Clause clearly contemplates that other officer like the IRS Chief Counsel will do the actual executing; then, President Obama Announces More Key Treasury Appointments (Apr. 17, 2009). It is announced U.S. Dep't of the Treasury, William J. Wilkins Confirmed as Chief Counsel for the Internal Revenue Service, Assistant General Counsel for Treasury (July 28, 2009).

For this reason, what the President knew and when he knew it is, in a certain sense, beside the point; the right question is what he should have known. It will not do for the President to say (erroneously) that the IRS is an ``independent agency" or to say (implausibly) that he learned about IRS targeting ``from the same news reports" as the rest of us. Not knowing what an executive agency is up to let alone not knowing that the IRS is, in fact, a bureau of an executive agency that answers to the President--is not taking care that the laws be faithfully executed. If the President was negligent in his supervision of the IRS (or somehow unaware that it was subject to his supervision), then he failed in his duty to take care. To the case at bar, if the President does have power to make enforcement choices however, he must make them ``faithfully." If the issue before this Court is President lacks the

resources to prosecute all bank robbers, he may choose to prosecute only the violent bank robbers; but he cannot choose to prosecute only the Catholic bank robbers. For example, Congress enacted a neutral provision of the tax code, but an executive agency enforced it non-neutrally, discriminating on invidious grounds. It discriminated against the Tea Party, the most potent political force that the President's party faced in the mid-term elections. It discriminated against those who ``criticize how the country is being run." For good measure, it discriminated against those ``involved in . . . educating on the Constitution and the Bill of Rights." And it did all this while an embattled incumbent President was running for re-election. He may, alas, berate the Supreme Court for protecting political speech; but he cannot turn a blind eye while the IRS muzzles his critics with red tape. He may, alas, call right-leaning groups a ``threat to our democracy" but the real, cardinal threat is unfaithful execution of the laws.

Discriminatory enforcement on the basis of religion would have horrified the Framers of the Constitution. But there is one kind of discrimination that would have worried them even more the one kind that could undermine the entire constitutional structure: political discrimination and that is what United States of American has been since 1994, under the Democratic Party. The Biden/ Harris Administration has been the most corrosive thing that has happen in the United States every democracy is for incumbents to use the levers of power to stifle their California law and Federal laws the enacted have entrench themselves and illegal immigrants. If I am not mistaken your Honor, it was the entire Democratic Party debating and demagoguing Americans for getting an additional $300 a month in stimulus and in fact several states stop paying their constituents the $300 as an incentive to get them to look for a job. In fact, Californian EDD send mandated American's living in California prove they looked for work prior to receiving an additional $90 a week. This is devastating to a democracy, because it casts doubt on the legitimacy of all that follows. Ensuring that this does not happen is the single most important imperative of the President's duty to take care that the laws be faithfully executed. If he gives only one instruction to his political appointees, it should be this: do not discriminate on the basis of politics in your execution of the laws. The relevant clause of the Constitution, which should be the lodestar of this discussion, is the Take Care Clause: ``The President . . . shall take Care that the Laws be faithfully executed." this Clause does not grant power but imposes a duty: ``The President . . . shall take Care . . . " This is not optional; it is mandatory.

It was in Federalist No. 51; James Madison explained the essence of the separation of powers and the expected defense of each branch of its constitutional prerogatives and privileges:

> ``But the great security against a gradual concentration of the several powers in the same department, consists in giving to those who administer each department the necessary constitutional means and personal motives to resist encroachments of the others. The provision for defense must in this, as in all other cases, be made commensurate to the danger of attack. Ambition must be made to counteract ambition.''

This compliant finds the Court with the power of Congress to align H.R. 5376 Build Back Better Act with the Constitution and the obligation of the Executive Branch to faithfully execute those laws. It is clear Congress inept but inconsequential in this complaint. If this trend continues unabated, Congress will be left like some Maginot Line on the constitutional landscape a sad relic of a once tripartite system of equal branches. There remain legitimate questions over when a President can refuse to defend or enforce a statute and whether the former duty is a subset of the latter duty. As an academic deeply concerned over the concentration of power under the modern presidency, the Court must not minimize such authority in favor of a more formalist division of powers by approving this injunction for H.R. 5376. The actions of the Biden/Harris Administration challenge core principles of the separation of powers and lack meaningful limiting principles for future executive orders. One of the greatest dangers of nonenforcement orders is not what it introduces to the tripartite system but what it takes away. The Framers created three ``equal'' branches but the legislative branch is the thumping heart of the Madisonian system. It is the bicameral system of Congress that serves to convert disparate factional interests into majoritarian compromises. In this sense, Congress is meant to be a transformative institution where raw, often competing interests are converted by compromise and consensus. One of the most striking aspects of the recent controversies involving presidential nonenforcement is that they involved matters that were either previously before Congress or actually under consideration when President Obama acted unilaterally. The role of the legislative process in stabilizing the political system is key to the success of the American system. Madison saw the vulnerability of past governmental systems in the failure to address the corrosive effects of factions within a population. The factional pressures in a pluralistic nation like the United States would be unparalleled and Madison understood that these factions were the expression of important political, and social, and economic interests. As Madison explained, ``liberty is to faction what air is to fire, an ailment without which it instantly expires. But it could not be a less folly to abolish liberty, which is essential to political life, because it nourishes faction than it would be to wish the annihilation of air, which is essential

to animal life, because it imparts to fire its destructive agency. Congress is where these factional interests coalesce and convert in an open and deliberative process.

The Court must agree the current Biden/Harris Administration is picking and choosing which laws to enforce. But the Constitution does not confer upon the President the ``executive authority'' to disregard the separation of powers by unilaterally waiving, suspending, or revising the laws. It is a bedrock principle of constitutional law that the President must ``faithfully execute'' Acts of Congress. The President cannot refuse to enforce a law simply because he dislikes it. While Congress is currently forcing H.R. 5376 a reform our immigration laws, the previous President (Obama) effectively enacted the DREAM Act himself by ordering immigration officials to stop enforcing immigration laws against certain unlawful immigrants. The plaintiff asks the Court to view the legislative branch as not simply one branch usurping another. Rather, it is the loss of the most important function of the tripartite system in channeling factional interests and reaching resolutions on matters of great public importance. The importance of this central function of Congress is magnified when the country faces questions upon which there is great division as here with H.R. 5376 that is exclusively for illegal immigrants from Mexico and Central America. Excellent examples are from Internet gambling to educational waivers to immigration deportations to health care decisions, the Biden/Harris Administration has been unilaterally ordering major changes in federal law with the notable exclusion of Congress with thirty-six executive orders in the first month of "joe" presidency and the first was giving illegal immigrants $15 minimum wage the second was closing the Keystone pipeline, killing American jobs. Many of these changes have been defended as discretionary acts which ae not interpretations of existing law, it is a coup d'état upon America set forth by first generation Mexican American and Asians and in a conspiracy with the Democratic National Committee. However, they fit an undeniable pattern of circumventing Congress in the creation of new major standards, exceptions, or outright nullifications. The classic circumvention of the Faithful Executive Clause is to say that it necessarily is limited to only constitutional laws. However, this argument only begs the question of who determines the unconstitutionality of a law. If it is left to a President, any such law could be claimed as presumptively unconstitutional. There has long been a general consensus that a president cannot refuse to enforce a law that is considered constitutionally sound. Thus, in his general support for nonenforcement orders, former Attorney General Benjamin Civiletti acknowledged that ``the President has no `dispensing power,''' meaning that the President and his subordinates ``may not lawfully defy an Act of Congress if the Act is constitutional . . . . In those rare instances in which the Executive may lawfully act in contravention of a statute, it

is the Constitution that dispenses with the operation of the statute. The Executive cannot.

H.R. 5376 concerns here is with the Thirteenth Amendment which brings about federal interference with the traditional functions of the States in the U.S. specifically the sanctuary states as a policy provide illegal immigrants the right to vote and provides them social services under the union label "essential workers", again a policy not federal law. And this Court is aware discretionary function rule as a distinction between planning level decision, which these sanctuary states California, Colorado, Connecticut, Illinois, Massachusetts, New Jersey, New Mexico, New York, Oregon, Vermont, Washington are immune, and operational decisions, as unionizing illegal immigrants as "essential workers" they are not immune and the defendants Nancy Pelosi, Xavier Becerra, "joe" Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas segregation towards the American Negro have been around as long as The Peonage Abolition Act of 1867 itself. The founding fathers have had debates on the Amendment, then proponents of the Amendment openly sought to catalyze "a revolution in federalism," and this change was "virtually the sole basis of the opposition to the Amendment." In 1866, for example the birth date of Nancy Pelosi a Congresswoman her view on segregation was similarly shared with then Senator Edgar Cowan of Pennsylvania questioned whether the Amendment would upset "the whole frame and structure of the laws," urged that the Amendment "never was intended to overturn this government and revolutionize all the laws of the states everywhere," and suggested that the Amendment could be wielded so as to "overturn the states themselves completely." After the ratification of the Amendment, federalism issues remained as Federalism is the sharing of power between national and state governments. These concerns were shared in the federal courts here Nancy Pelosi needs fifty she met on Facebook who then became a squad in Congress to agree with her segregationist views, but this injunction on H.R. 5376 makes her prove (1) illegal immigrants under federal law are allowed to get social services, (2) since 1994 the illegal immigrant laws in California is not a coup d'etat as is H.R. 5376 upon the United States of America. In this Court history the first federal court case construing the Thirteenth Amendment, the very first sentence about the Amendment, written by Justice Noah Swayne sitting as Circuit Justice, was: "The Thirteenth Amendment . . . trenches directly upon the power of the states and of the people of the states," United States v. Rhodes, 27 F. Cas. 785, 788 (C.C.D. Ky. 1866) (No. 16,151). In 1874, Justice Joseph Bradley, sitting as Circuit Justice, took pains to contrast the operation of the Amendment with states' police powers. He explained that the Amendment "does not authorize

congress to pass laws for the punishment of ordinary crimes and offenses against persons of the colored race or any other race." which, he noted, "belongs to the state government alone." That said, H.R. 5376 as a U.S. Constitution will make the illegal immigrant immune from federal law "joe" as Senator authored (1) The Crime Bill 1994 (2) Real Welfare Reform Act of 1994 (3) The Violent Control and Law Enforcement Act of 1994. The Court must hold that the Thirteenth Amendment does permit Congress; as well as this Court to withdraw from California and the other sanctuary states by granting this injunction for H.R. 5376 the ability to deprive American Negro's of the "rights and privileges enjoyed by white citizens," such as the opportunity to procreate with their race, Blyew v. United States, 80 U.S. (13 Wall.) 581, 596–97 (1871) (Bradley, J., dissenting). Similarly, and more recently, the Supreme Court in 1971 upheld 42 U.S.C. § 1985(3), which prohibits conspiracies to interfere with the constitutional rights of others, but in the same breath cautioned that the statute does not apply to all tortious, conspiratorial interferences with the rights of others. The constitutional shoals that would lie in the path of interpreting section 1985(3) as a general federal tort law can be avoided by requiring evidence of discriminatory intent, the Court stressed. Here H.R. 5376 intent by creating a political party within the Democratic National Committee for illegal immigrants is to reject the U.S. Constitution as the defendants have done. These federalism concerns the plaintiff has as well should this Court; therefore H.R. 5376 must take on new life following the enactment of federal hate crimes legislation. This Court as the plaintiff is examining must view H.R. 5376 as a Hate Crime Constitutional amendment as defined in the 2009 18 U.S.C. § 249(a)(1). The Matthew Shepard and James Byrd Jr., Hate Crimes Prevention Act (Hate Crimes Prevention Act), pursuant to its Thirteenth Amendment enforcement power. This provision makes unconstitutionally H.R. 5376 allows for anyone who is an illegal immigrant to "willfully cause bodily injury to any person who is an American or, through the use of fire, a firearm, a dangerous weapon, or an explosive or incendiary device, attempts to cause bodily injury to any person as they have immunity of all laws because of their actual or perceived race, color, religion, or national origin of any person", as they are unionized as "essential workers." Defendants prosecuted under this provision that illegal immigrants cannot be detained it is challenged here for its constitutionality, and these challenges have made their way to the federal appeals courts. Those courts have faithfully applied Jones, a binding precedent, and the defendants must prove this as they have based on those applications of laws that have found H.R. 5376 unconstitutional. Here H.R. 5376 violates the plaintiff's and American Negro's Thirteenth Amendment rights as the Article is normative and H.R. 5376 is no longer sustainable as a proposed U.S. Constitutional amendment in this case.

H.R. 5376 codifies "badges and incidents" of slavery, that Congress created, and this Court has the power to and the authority to determine "rationally" what constitutes a "badge or incident" of slavery raises serious federalism and separation of powers concerns of the American Negro's. To make matters worse, the Court itself has recently restricted the enforcement provisions of the Fourteenth Amendment in City of Boerne v. Flores and Fifteenth Amendment in Shelby County v. Holder, rendering the generous bounds of the Thirteenth Amendment enforcement power an outlier among the Reconstruction Amendments. For relief from H.R. 5376 the plaintiff complaint is supported by the first Federalist view, Alexander Hamilton who warned and provided guidance that how the Framers would respond to this current crisis which is not at the Mexican border but before this Court and this Courts' holding will determine whether men were "really capable or not of establishing good government from reflection and choice, or whether they are forever destined to depend for their political constitutions on accident and force, The Federalist No.1 (Alexander Hamilton). Recognizing this unique chance, the Framers created "one great, respectable, and flourishing empire, which under the defendants Nancy Pelosi, Xavier Becerra, "joe" Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas have been given to the WETBACKS from Mexico and Central American. Thomas Jefferson termed an "Empire of Liberty" as he was one of the original Framers appointed the people as the American sovereign, making government dependent upon the consent of the governed and thereby subordinating government to the people themselves. They also enshrined certain rights in the Constitution, shielding individual liberty from governmental interference or intrusion, and the whims of the mob. They also built a structure to check governmental overreaching and minimize encroachments on individual liberty. For example, the Framers did not ignore slavery; they knowingly perpetuated it. For example, the Constitution insulated the slave trade from congressional regulation until 1808; the Constitution also required that fugitive slaves be returned to their owners; and the Constitution counted slaves as three-fifths of a person for purposes of computing proper representation in Congress. The mismatch between the sprawling principles of "liberty" in the Constitution and the continued subjugation of an entire race was not lost on the Framers. Jefferson, who penned the very tributes to liberty and equality in the Declaration of Independence, questioned whether he would suffer some divine consequence for the Framers' refusal to extend the sphere of liberty and equality to American Negro's. Benjamin Rush, who signed the Declaration of Independence and was a member of the Continental Congress, acknowledged that slavery is "a vice

which degrades human nature, and which dissolves that universal tie" between men. Here H.R. 5376 slavery is "a vice which degrades human nature, and which dissolves that universal tie" between men and the Court must grant the injunction on H.R. 5376 as the defendants knowingly perpetuated from congressional regulation in 2020 when H.R. 5376 was codified and without the injunction the American Negro will continue to suffer harm by the defendants' laws. It was Chief Justice Oliver Ellsworth who said: "As the population increases, poor laborer's will be so plenty as to render slaves useless", *anyway*, the Court must view the Thirteenth Amendment as a springboard to set forth in the injunction of H.R. 5376 and these very same efforts by this Court were started back as early as 1863, and that can be traced back to congressional leaders such as James Ashley of Ohio. Congressman Ashley proposed a bill that would amend the Constitution, "prohibiting slavery, or involuntary servitude, in all of the States and Territories now owned or which may be hereafter acquired by the United States. This Courts' approval for the injunction of H.R. 5376 would be similar to the 1872, the Supreme Courts' Slaughter-House Cases explained that once the Union prevailed, "slavery, as a legalized social relation, perished." And once the defendants and the Democratic National Committee gained the presidency President Lincoln's Emancipation Proclamation was send to Adobe to be PDF then edited to "declare slavery " in the nation. Although the defendants never heard of President Abraham Lincoln, nor the Gettysburg Address (Nov. 19, 1863) which stated "The founding fathers brought forth on this continent a new nation, conceived in liberty and dedicated to the proposition that all men are created equal. Now we are engaged in a great civil war, testing whether that nation or any nation so conceived and so dedicated can long endure." President Abraham Lincoln delivered during the American Civil War: Fourscore and seven years ago our fathers brought forth on this continent a new nation, conceived in liberty and dedicated to the proposition that all men are created equal. Now we are engaged in a great civil war, testing whether that nation or any nation so conceived and so dedicated can long endure. We are met on a great battlefield of that war. We have come to dedicate a portion of that field as a final resting-place for those who here gave their lives that that nation might live. It is altogether fitting and proper that we should do this. But in a larger sense, we cannot dedicate, we cannot consecrate, we cannot hallow this ground. The brave men, living and dead who struggled here have consecrated it far above our poor power to add or detract. The world will little note nor long remember what we say here, but it can never forget what they did here. It is for us the living to be dedicated here to the unfinished work which they who fought here have thus far so nobly advanced. It is rather for us to be here dedicated to the great task remaining before us—that from these honored dead we take increased devotion to that cause for which they gave

the last full measure of devotion—that we here highly resolve that these dead shall not have died in vain, that this nation under God shall have a new birth of freedom, and that government of the people, by the people, for the people shall not perish from the earth. If "joe" can dispense with immigration laws or marijuana laws or mandatory minimums, can you also dispense with election laws? If "joe" can suspend mandatory minimum and immigration laws, why not election laws? Why has not the President of the United States us executive privilege to codify Roe v. Wade? If you can dispense with immigration laws or marijuana laws or mandatory minimums, "joe" can also dispense with election laws, why not Roe v. Wade "joe"? You VP is a woman, the speaker of the House is a woman, and the Progressive Caucus is made up of women, why not codify, Roe v. Wade? This is currently in the Supreme Court the same vigor in giving illegal immigrants voting rights and welfare is lost on women's right to control their bodies. Why not use execute odder to codify Roe v. Wade "joe"? The Court must hold, a president cannot refuse to enforce a law that is considered constitutionally sound.``[t]he President has no `dispensing power,''' meaning that the President and his subordinates ``may not lawfully defy an Act of Congress if the Act is constitutional . . . . In those rare instances in which the Executive may lawfully act in contravention of a statute, it is the Constitution that dispenses with the operation of the statute. The Executive cannot." "joe" wishes to exercise precisely this type of ``dispensing power" in issuing an order to codify H.R. 5376 as a U.S. Constitution which affects taxes and representation of only one race from a foreign nation and made H.R. 5376 the U.S. Immigration component of the controversy over H.R. 5376. "joe" bidens, Tricky Balancing Act in Enforcing H.R. 5376 after he could not get the votes in the Senate. We are here before this Court to strike down H.R. 5376. Similarly, the Department of Homeland Security under the Obama/Biden Administration announced that it would no longer enforce DOMA in its immigration decision. In August 2011, Obama's DHS announced it would no longer deport the noncitizen spouses of gay Americans in conflict with DOMA and in November of 2021 DHS announced it will be allowing in homosexuals from Mexico and Central American even though the Supreme Court put in place the Trump ban on illegal immigrants, another defiant law by the terrorist organization Department of Homeland Security. If a president can claim sweeping discretion to suspend key federal laws, the entire legislative process becomes little more than a pretense. What is most striking is the willingness of some to accept this transparent effort to rewrite the immigration law after the failure to pass the DREAM Act containing some of the same reforms.

In 1864, the Senate Judiciary Committee, chaired by Senator Lyman Trumbull, drafted a constitutional amendment that also contained two clauses:

"neither slavery nor involuntary servitude, except as a punishment for crime, whereof a party shall have been duly convicted, shall exist within the United States . . ." the language of the first clause was drawn from Article 6 of the Northwest Ordinance of 1787, which was drafted by Thomas Jefferson, 51and read: "There shall be neither slavery nor involuntary servitude in the said territory, otherwise than in the punishment of crimes, whereof the party shall have been duly convicted . . . ." the House ultimately passed the bill by a 119-56 vote on January 31, 1865 and the Thirteenth Amendment was ratified on December 6, 1865. Here, the plaintiff has proven H.R. 5376 is slavery and involuntary servitude and peonage that is importance to this case at bar is that Amendment contains two sections which support the injunction on H.R. 5376 in Section One of the Amendment provides: "Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction." Section Two provides: "Congress shall have power to enforce this article by appropriate legislation." Similarly, to aid in persuading the Court can look to the holdings in the Slaughter-House Cases represented the Supreme Court's first consideration of the contents of the Thirteenth Amendment. Here for the Court these consolidated cases are similar to the case at bar, then Louisiana granted a monopoly to a slaughterhouse to operate within a defined space in New Orleans. Other slaughterhouses had to close, and any butcher who wanted to continue working in the trade had to do so within the defined area for set wages. A number of these butchers challenged the law under the Thirteenth Amendment. The Court explained that the Amendment serves as a "grand yet simple declaration of the personal freedom of all the human race within the jurisdiction of this government," including "millions of slaves." Consistent with the view that the Amendment protects the human race, the Court noted that "while negro slavery alone was in the mind of the Congress which proposed the thirteen article, it forbids any other kind of slavery, now or hereafter. Which brings us back to H.R. 5376 this Amendment's reach limited to American Negro's and the Court cannot say that no one else but the negro can share in this protection, it affects Chinese and Mexican people as well. This Court in approving the injunction for H.R. 5376 Build Back Better which will be made clear that "while the thirteenth article of amendment was intended primarily to abolish African slavery, it equally forbids Mexican peonage or the Chinese coolie trade, when they amount to slavery or involuntary servitude." Therefore, the injunction for H.R. 5376 must be granted as it affects many races, specifically the case at bar, the American Negro the plaintiff race. Similarities are striking when comparing U.S. Constitution proposal H.R. 5376 Build Back Better to South Africa's immigration context is intrinsically linked with its history. The country's economic

development follows the colonial expansion in the 18thcentury and the discovery of large amounts of ores in the late 19th century. This gave rise to one of the most concentrated systems of capital accumulation based on mineral extraction that has been established on the African continent. DP per capita in 2015 of 12 390 USD PPP, South Africa is categorized among upper middle-income countries by the World Bank and is considered the second largest economy in Africa behind Nigeria. However, it also has some of the highest inequality levels in the world, persistently high levels of poverty and very high levels of structural unemployment particularly among black youth. The structure of immigration to South Africa in the 19th and 20th centuries was shaped by the progressive consolidation of the "two-gate policy" (Crush, 2000; Peberdy, 2009). The front gate welcomed people who corresponded to the criteria of attractiveness defined by the governing minority. The back gate served a double function, preventing unwanted migrants from entering and settling in, while allowing cheap labor to enter for well-defined periods. Closely connected to the grand apartheid scheme, notably its homelands policy, this system blurred the lines between citizens (specifically, the indigenous population) and foreigners. Immigration to South Africa and the reaction of South African society to it are the result of a combination of factors. First, they should be seen as an outcome of the complex and changing relations between the South African state, the agricultural and mining sectors, and labor-sending neighboring countries. Secondly, immigration to South Africa and its impact have resulted from the combined effects of the proactive "white" immigration policy of successive nationalist governments with competition between its Afrikaner and British components. Finally, the apartheid legislation itself, specifically on residential segregation, influx control and preferential job criteria, has impacted immigration and South Africa's reaction as well. These different constraints, imperatives and political choices contributed to mainly coercive migration management practices and stereotyped images of foreigners that have shaped approaches to reforming migration policy well into the 21st century. The situation that prevailed in 1990, under the De Klerk administration, reflected 90 years of legislation aimed at creating and preserving a racist society and serving its mode of capitalist accumulation mostly relying on mining and farming.

## Conclusion

In comparing Lincoln's suspension of habeas with the Obama/Biden Administrations suspension of Obamacare that these things are not the same.

Habeas and Obamacare are not the same. But what is striking about the comparison is that President Lincoln welcomed the involvement of Congress, welcomed Congress to ratify what he had done, to pass a statute justifying what he had done. He was concerned that he had overstepped his constitutional authority. He welcomed Congress' ratification of his action. Obama/Biden Administration by contrast, actually threatened to veto a statute that would have ratified his action. Here Biden has turn out not to be a negotiator that he spoke of during the Presidential campaign bur this injunction on H.R. 5376 Build Back Better makes sure he does not become a continued obstructionist to the U.S. Constitution by denying his use of Executive Order to threaten the American Negro with H.R.5376 Build Back Better.

I am particularly concerned about the abuse of the contemplation of the Patriot Act, warrantless surveillance in the Urban cities where DHS have grants for municipalities to only arrest American Negro's as DHS has set quotas to allow 20,000 illegal immigrants inti the U.S. because there are not enough workers in the United States. Clearly the U.S. government has made the legal distinction that American Negros do not exist in the U.S. nor or they their constituents and things like that. I must say that everything in this compliant is the context of these problems facing the American Negro lack of leadership in the oval office. I am particularly struck by the overwhelming hypocrisy of the claim that the President, in interpreting the law, in refusing to interpret the law in a way that would drive a stake through the law, is not enforcing the law. In demanding that he enforce the law on the dates in a way that the person making that demand says we destroy the law is not taking care that the laws be faithfully executed. I would say it is the other way around, that it is the duty of the President to interpret the law within the boundaries that he has in a way that makes practical the implementation of the law to effectuate the will of Congress which is that they have not created an immigration policy that he likes. And the fact that the Congressional Progressive Caucus that is a congregational caucus affiliate with the Democratic Party in the United States Congress created an illegal immigrant party within California is treason by Nancy Pelosi, Xavier Becerra, "joe" Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas and they want to sabotage the law and want the law not to work and make no bones about it say, hey, he is not obeying this particular sentence in order to make the law work--talk about hypocrisy. Let me ask a question, having made my statement. I want to ask the Court the following question. The District of Columbia Circuit recently in a decision by Judge Kavanaugh recently wrote the following. ``The executive's broad prosecutorial discretion and pardon powers illustrate a key point of the Constitution's separation of powers. One of the greatest

unilateral powers a President possesses under the Constitution, at least in the domestic sphere, is the power to protect individual liberty by under-enforcing federal statutes regulating private behavior more precisely, the power either not to seek charges against violators of federal law or to pardon violators of a federal law." Now, this would seem to support broad discretion in the executive branch to set enforcement and therefore nonenforcement priorities of drug, immigration, and other laws. Does it not? And how does that relate to the alleged violation of the Constitution by the President in setting immigration enforcement priorities as was outlined earlier? Judge Kavanaugh, who is one of the most respected and most conservative judges on the Federal bench what he said here is absolutely correct. And the principles that he is enunciating are precisely why a court, if faced with the issue, would undoubtedly uphold as perfectly compatible with the President's discretion in the immigration area, in particular the DACA program that the Congressional Progressive Caucus is a congressional caucus affiliated with the Democratic Party in the United States Congress here are claiming is a gross violation of his duty of the President to see that the laws are faithfully executed.

Moreover, the Supreme Court in an important decision about a year and a half ago, a 5 to 3 majority, including Justice Kennedy who wrote the opinion and Chief Justice Roberts opined that, quote, a principal feature of the removal system in the immigration area is the broad discretion exercised by immigration officials. Federal officials, he said, as an initial matter must decide whether it makes sense to pursue removal at all. And they went on to say that discretion in the enforcement of immigration law embraces immediate human concerns. Unauthorized workers trying to support their families, for example, pose less danger than alien smugglers or aliens who commit a serious crime. And that very recent broad-based decision, like Judge Kavanaugh's remarks, is completely at odds with the critics' cramped interpretation of the President's immigration enforcement and his constitutional authority.

Judge Kavanaugh also said in 2013, quote, the President may not decline to follow a statutory mandate or prohibition simply because of policy objections. Of course, if Congress appropriates no money for a statutorily mandated program, the executive obviously cannot move forward, but absent a lack of funds or a claim of unconstitutionality that has not been rejected by final court order, the executive must abide by statutory mandates and prohibitions.
The issues here is by violating the constitution and creating through presidential executive order H.R. 5376 Build Back Better weather is a tax credit authorizing in the 50 States and Federal exchanges, supporters of the administration, of the IRS's decision to offer illegal immigrants from Mexico and Central America Federal

subsidies, jobs, education, pension plans, and medical plans form birth to death for a foreign race of people and the American Negro gets absolutely nothing but a tax bill an prion from the defendants they voted for in 2020, who have caused their death by many DNC policies. What was Congress thinking or could have been thinking or would they have done this if the Republican were in office? And there is a reason they do this. It is because the statutes are clear and it contradicts what the Biden/Harris administration is trying to do, create an illegal immigration plan that mirrors that of Israel, free welfare for a race of pathetic people)s). And unfortunately for the Administration, the legislative history also is completely consistent with the clear language of the statute on immigration. Despite several decades of people like the plaintiff raising this issue that what the IRS, the defendants Nancy Pelosi, Xavier Becerra, "joe" Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas and the Congressional Progressive Caucus is trying to do is illegal, they have yet to offer one shred of one statutory provision or one shred of evidence from the legislative history that supports their claim that H.R. 5376 Build Back Better authorizes tax credits for illegal immigrants through federal or state exchanges established by the Federal Government.

President "joe" is becoming the very danger that the separation of powers was meant to prevent.

In the plaintiff's view the Constitutional Convention as quite clear. The Framers were students of history, particularly James Madison, 150 years before they took a pen and wrote out this clause, there was a fight with James I about what was called the " royal prerogative." It is very similar to what President "joe" is claiming, the right of the king to essentially stand above the law to reform the law to the king's views. President "joe" believes he is a monarch that is the issue that the plaintiff impetus to this clause in my view. The language of the clause did not change very much. Then there where people like Benjamin Civiletti dealt with this under a different term, the ``dispensing power" of the President. And Civiletti wrote a very good paper about when the President could refuse to enforce laws, and he basically said that it could only be done where there is an intrusion upon executive power and by the way, that is what was involved in the Miers case in early history of the law that it was clearly unconstitutional and that second issue he established it had to be very, very clear so the President does not exercise dispensing authority.

The Court must hold, what is left in that Newtonian orbit that Madison described above. And I would suggest what is left is a very dangerous and unstable system that the President is violating his duty to see that the law is faithfully enforced

because he interpret H.R. 5376 Build Back Better law in a way that is inconsistent with its purpose and consistent with the known objectives of the Congress that enacted it. The President cannot refuse to enforce a law for policy reasons. It is obviously correct, certainly correct, and it is also obviously not what the President is doing. Does the President have policy objections to abortion? Does the President have policy objections to American Negros being lynched by city employees?? I do not think so. Phasing in the enforcement of H.R. 5376 Build Back Better like the Affordable Care Act or the Clean Air Act was done on Presidential Executive Privilege.

In November 1999, 28 bipartisan Members of the House wrote the Attorney General a letter and expressed concern that INS was pursuing removal in some cases, ``when so many other more serious cases existed.''
How did the Obama/Biden set priorities? If the President cannot set priorities in enforcement when there is obviously not enough money to enforce each and every provision to the letter of the law, how do you set priorities if he cannot enforce each and every provision?

If the law does not give the President authority and something goes wrong, I am presuming that the Framers always intended that the President would come back to the Congress to resolve that need for additional authority. It has happened here in H.R. 5376 Build Back Better, there were no hearing, no budget talks but the administration went on tour in Europe talking about, "We Are Back" yes, they came back from Hell to deliver death to the American people why do they not go back to the swaps of Louisiana? H.R. 5376 Build Back Better is a good example would be McArthur's promise in war. They came back with the Rescission Act in order to undo some of the promises that were made in war to the Filipino people and so on. Is there anything in the Affordable Care Act and H.R. 5376 Build Back Better that are different as both were author by "joe" which he come to Congress and say I need authority to do X? When that did not work what is left to raise taxes is executive order which we are pointing out is unconstitutional. To raise taxes by executive order which is linked to immigration which is apartheid based on peonage.

It is really quite startling that this Congress offered to ratify exactly what the President wanted to do on Obamacare, actually passed a bill which would have delayed the employer mandate exactly as the President wanted, and far from welcoming this, the President actually threatened to veto it. To me that is quite startling. Here, H.R. 5376 Build Back Better needed 50 senate votes it was denied and not startling the only way to pass on unconstitutional law is by again,

executive order. Here under H.R. 5376 Build Back Better these 34 States that did not buy into the Exchange for Obamacare will have their citizens loses coverage when H.R. 5376 Build Back Better goes into effect. Because currently they are not in compliance with so when H.R. 5376 Build Back Better becomes law through executive order, they those who do not have insurance will be in violation of the law and then get dropped by their insurance.

May I ask this Court a couple of questions, if the U.S. Supreme Court had no right to move Native Americans out of their homes to Oklahoma and he then did it anyway, saying to the Supreme Court you have no army, therefore I am doing it, that he was outside his constitutional authority? You would all agree to that.

Then when Richard Nixon tried to withhold his tapes, which were evidence of his complicity in the Watergate and the cover-up and the court ordered those tapes, even after he had fired a number of people and so on, you would all agree that the court's action was appropriate that there was a crime, it went to the White House, and ultimately led to Richard Nixon resigning? You would all agree that it was appropriate, I assume, for the court to intervene in this constitutional dilemma of a President that did not want to turn over evidence related to his crime. Would you all agree?

When then President Bush asserted in the Harriet Miers case and this was referred to earlier that when Judge Bates said Congress has a need to get people in front of it, in fact the court intervened and said, yes, I have a right to decide, and you must produce witnesses. You would all agree that that was a good balance of power decision by Judge Bates.

Then on what basis does President "joe" in the law when in Fast and Furious Presidential Executive Order for H.R. 5376 Build Back Better the progressive congressional caucus asserted that they would use to make it a law. question for is if the defendants will not go to the courts or the Senate for money after a contempt vote that was taken by the Senate, and they said no. With this injunction by the court to decide the differences between the two branches, then Presidential Executive Order in fact the imperial presidency is complete? This is the current process of the law which is the most essential item that shows the defendants do not have standing to create an unconstitutional law presidential executive order and if in fact this Court does not have a right to decide the unconstitutional of H.R. 5376 Build Back Better by not granting this injunction then executive power is essentially unlimited?

Here, the defendants Nancy Pelosi, Xavier Becerra, "joe" Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas authored H.R. 5376 Build Back Better created a system by which Presidents can assert powers that others view as unconstitutional. I think the President is asserting clearly unconstitutional power in this case. And then the Departments of Health and Human Services, the Democratic National Committee, the Department of Agriculture, the Secretary of Commerce, the Secretary of Labor, the Secretary of Transportation, the Educational Secretary, the Department of Housing and the Homeland Security proceeds to try to block any efforts to follow current immigration federal laws and the U.S. Constitution. This Administration has been very successful largely on violations of states and federal laws. So, this is the ability to challenge H.R. 5376 Build Back Better which is flagrantly in violation of the Constitution. The President does not have the authority under the Constitution to declare war. The Congress does. The Congress has not been enormously eager to exercise that authority in my lifetime.

the President overreaching his constitutional authority, but he could assume among that any of the enumerated powers, and the recourse that Congress would have all the way down to the declaration of war and the recourse that Congress would have would be pass a resolution of disapproval or we could shut off the funding through the power of the purse. And the President has already assumed the power of the purse by his first presidential executive order by giving $15 minimum wage to illegal immigrants and telling the American people Congress will have to decide for is Americans will get the same pay for more work than illegal immigrants.

And I will argue that the Founding Fathers envisioned that each branch of Government would jealously protect its constitutional power and authority, and that static balance that would be there would be the definition of a brighter line between the three articles of the Constitution.

But what then finally resolves this? I know we said elections. If the elections are affected by decisions of the executive branch, what do the people do who are the final arbiters of this definition of the Constitution if they are even frustrated by the election?

1.      if there is no judicial remedy and there is no electoral remedy, what do the people do?

2.      Any one of the lists of the enumerated powers, for example, ending with the declaration of war because that is the starkest of all.

3.      There is a procedure in the Constitution that allows the people to amend the Constitution without going through Congress. That is another method where the people can try to restrain the executive; if that should happen why would an

executive with such disrespect for the Constitution today honor an amended Constitution from a constitutional convention?

Congress has lots of power if it chooses to use it. The power of the purse is an enormous power. And I think that if I were you, I would find ways to influence policy using the Congress' powers, which you are not doing. I mean, for example, we are hearing complaints about the President's actions to not out a comprehensive immigration reform bill, send it to the floor. Here, the failure to exercise is also an exercise of power, the failure to act.

The Government does not respect the restraints that the Constitution places on the Government. Abraham Lincoln talked about our right to alter our Government or our revolutionary right to overthrow it, and that is certainly something that no one wants to contemplate.
But as I mentioned in my written and I hope to deliver testimony, "Let My People GO" to believe that the Government is no longer constrained by this statement, then they will conclude that neither are we, the American Negros. That is why this is a very, very dangerous sort of thing for the President to do, to wantonly ignore the laws, to try to impose obligations on people that the legislature did not approve.

I am a constitutionalist. It is what protects us. So, I am not here for the pomp and circumstance, for the notoriety but to "take care" of my race. I am here because I am concerned about the future of my children and the Constitution. So, I want to make that perfectly clear…
    In Federalist No. 51, it said, what is government itself but the greatest of all reflections on human nature? And it referred to but the great security against a gradual concentration of the several powers in the same department consists in giving to those who administer each department the necessary constitutional means and personal motives to resist encroachment of the others. And the Government was set up to specifically prevent that.
And the problem is I am seeing here not only in the Bidden/Harris Administration but in the previous Administration and several Administrations the executive branch is taking for granted that they have exclusive power over issues that they do not. And I am concerned about that and what do we do to prevent that. But where does it stop killing the American Negro's.

Here, the President's H.R. 5376 Build Back Better and past Presidents concerning illegal immigrants' rights, which I think violated the Constitution they have taken president over the American citizens rights. But if this Administration stopped enforcement of detaining illegal immigrants, stopped enforcement of drug laws.

Stopped enforcement of mandatory sentencings, stopped parts of Obamacare, the Benghazi issue, the AG being held in contempt, the IRS issue. The American people would be more unified, and the country should not be run by a bunch of pussies and forgets, as this is why America is no longer a superpower, our leaders are child molesters and homosexuals. 94 percent of Obamacare is mandatory spending, and the Democrats passed that unanimously without any votes from the Republicans. So, it is mandatory spending. Nothing can be done about that at this point. It is the law. 100 percent of H.R. 5376 Build Back Better is mandatory spending and higher taxes for Americans with higher inflation and this issue of prosecutorial executive branch discretion particularly in the context of the enforcement of our Nation's immigration laws. Similarly, if the Federal prosecutors within the Department of Justice are exercising executive branch action in the context of their participation in the criminal justice system. And the executive branch in the prosecutorial context, for instance, the Department of Justice or in the immigration context within Homeland Security they have an ability to prioritize the nature of the offenses that they enforce. And if this is correct this is an appropriate exercise of their constitutional authority.

Then that would mean the presidential exercise of authority in the DACA context with respect to deferred action, a certain class of individuals do you believe that that is an unconstitutional exercise of his authority? And you that it is a wide-ranging exercise that was not made on a case-by-case basis? What is the foundation of your belief that it is unconstitutional?

Then the difference in examples of the prosecutor the president is that it goes dramatically further than the hypotheticals the plaintiff discussed with the Court earlier in the complaint. This is not a prosecutor deciding on a case. This is a President deciding on 1.8 million cases. And the second striking thing about it is the President deciding on exactly the set of cases that Congress considered exempting and decided not to exempt. That is what is particularly shocking about him using presidential executive order to violate the laws of the United States that the criteria that has been set forth for the determinations that are made, I believe, on a case-by-case basis as it relates to who qualifies for this deferred action. For instance, one of the criteria, you must have entered the United States before their 16th birthday and be younger than 31 as of June 15, 2012. That is one particular criteria. The other cannot have convictions of any felony offense, significant misdemeanor, or have committed any three misdemeanor offenses. Those are pretty specific enumerated categories. But another category which helps to determine whether discretion is appropriate is you cannot pose a threat to public safety or national security. Isn't that a pretty broad category within which

discretion can be exercised on a case-by-case basis as to whether in fact you pose a threat to public safety or national security, that that is not a specifically constrained factor that people either automatically fall within or automatically fall without? I think it is quite a dramatic shift in the status quo. So, 1.8 million will be allowed to stay. I cannot imagine that but a tiny fraction of them will be found to fall within that exception. More than 450,000 have been granted deferred action, but in excess of 200,000 children from Mexico and Central American have been given access in the first sixty days of the Biden/Harris, hence the child-tax credits only for illegal immigrants.

Let me ask the Court two questions.
(1)Let's assume that a statute required you the Court to show two pieces of identification to purchase a firearm. Can the chief executive knock that down to one? It is a very simple fact pattern. You have to show two forms of ID to possess or purchase a firearm--to purchase a firearm. Can the chief executive under his pardon authority or his prosecutorial discretion authority knock that down to just one form of identification? Under the pardon authority, the President can pardon just about anyone.

(2)Under Government Code Sections 3300-3312 Qualified Immunity was authored by the Supreme Court granting immunity for state employees, even before the act is committed? Is this Constitutional?

Can the President and the Supreme Court give city employees and illegal immigrants immunity of all crimes before the acts are committed? This is my question?

If the President can fail to enforce immigration laws, can the President likewise fail to enforce election laws? Whether the President can pardon someone before a prosecution is initiated or before an act?
If you can dispense with immigration laws or marijuana laws or mandatory minimums, can you also dispense with election laws in what they have done by authoring H.R. 5376 Build Back Better which is consistent with mandatory minimum laws both authored by "joe".

The Court must grant tis injunction on H.R. 5376 Build Back Better as without the injunction the United States with be overthrown by illegal immigrants from Mexico and Central American aided by their conspirators the Democratic National Committee and their executives Nancy Pelosi, Xavier Becerra, "joe", Tom Vilsack,

Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas.

The Court must hold, in granting the injunction for H.R. 5376 Build Back Better it is in the best intreat of the American Negro race as they are put into peonage and it is best for the nation as it will continue to raise prices on the American people because H.R. 536 Build Back Better have language which allows for giving illegal immigrants more money when inflation rises, then impacting the American people more. The Supreme Court has been clear in the issue of illegal immigrants getting social services and working in the United States, it is unconstitutional to give illegal immigrants work and social services. The injunction is granted until the Court can determine its constitutionality.

Cornelius Lopez
12/30/21