UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY PELOSI, et al.,<br><br>    Defendants. | Case No. 3:21-cv-09379-JD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The case management conference set for March 10, 2022, is vacated pending further order.

**IT IS SO ORDERED.**

Dated: March 7, 2022

JAMES DONATO
United States District Judge