# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

21CV09379 JCS
PROOF OF SERVICE

Cornelius Lopes
Plaintiff,

v.

Nancy Pelosi in her official capacity, Xavier Becerra in his official capacity, "joe" in his official capacity, Tom Vilsack in his official capacity, Gina Raimondo in her official capacity, Marty Walsh in his official capacity, Pete Buttigieg in his official capacity, Miguel Cardona in his official capacity, Isabel Guzman in his official capacity, Alejandro Mayorkas in his official capacity, Seema Nanda in her official capacity

Defendants,

Plaintiff ask the Court to accept the proof of service for Nancy Pelosi, Xavier Becerra, "joe", Tom Vilsack, Gina Raimondo, Marty Walsh, Pete Buttigieg, Miguel Cardona, Isabel Guzman, Alejandro Mayorkas, Seema Nanda.

*Cornelius Lopes*
3-6-2022

Civil Action No.
**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Isabel Guzman, Small Business Administration
was received by me on 2-2-2022.
I certified mailed a copy to the individual's last known address, 409 3rd S.W., Washington D.C. 20416
I served the summons on Isabel Guzman by certified mail, who is designated
by law to accept service of process on behalf of Cornelius Lopes
on *2-25-2022*.

My fees are $ 100.00 for travel and $0.00 for services, for a total of $ 100.00
I declare under penalty of perjury that this information is true.
Date: 2-25-2022

Server's signature  Dave Meads
Printed name and title  Dave Meads
Server's address  6589 Lake Chad St
Fremont CA. 94555

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®
Washington DC 20416    OFFICIAL USE

Certified Mail Fee $3.75
$                                    $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $16.10
$
Total Postage and Fees  $19.85
$
Sent To  Isabel Guzman
Street and Apt. No., or PO Box No.  409 3rd SW
City, State, ZIP+4®  Washington DC 20416

Postmark Here  FEB 22 2022  02/22/2022  NEWARK

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7511 5900    0001 0640    2022

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gina Raimondo, Secretary of Commerce
was received by me on *2-22-2022* .
I certified mailed a copy to the individual's last known address, 950 Pennsylvania Ave, NW Washington, D.C. 20510
I served the summons on Gina Raimondo by certified mail. , who is designated
by law to accept service of process on behalf of Cornelius Lopes
on *2-25-2022*.

My fees are $ 100.00 for travel and $0.00 for services, for a total of $ 100.00
I declare under penalty of perjury that this information is true.
Date: 2-25-2022

Server's signature Dave Meads
Printed name and title Dave Meads
Server's address 605-89 Lake Chael St.
Fremont CA. 94555

---

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Washington DC 20530

Certified Mail Fee $3.75
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $16.10
Total Postage and Fees $19.85
Sent To Gina Raimondo
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4 Washington DC 20530

7020 3160 0001 7511 5894

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Xavier Becerra, Secretary of Health & Human Services
was received by me on *2-22-2022* .

I certified mailed a copy to the individual's last known address, 200 Independence Ave, SW, Washington D.C. 20201

I served the summons on Xavier Becerra by certified mail , who is designated
by law to accept service of process on behalf of Cornelius Lopes
on *2-25-2022*.

My fees are $ 100.00 for travel and $0.00 for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.

Date: 2-25-2022

Server's signature  Dave Neves

Printed name and title  Dave Neves

Server's address  6589 Lake Chad St. Fremont CA. 94555

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Washington DC 20201

Certified Mail Fee  $3.75              0330
                                        11
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required       $ $0.00       FEB 22 2022
☐ Adult Signature Restricted Delivery $ $0.00
Postage  $16.10
                                               02/22/2022
Total Postage and Fees  $19.85

Sent To  Xavier Becerra
Street and Apt. No., or PO Box No.  200 Independence Ave SW
City, State, ZIP+4®  Washington DC 20201

7020 3160 0001 7511 8208

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marty Walsh, Secretary of Labor
was received by me on *2-22-2022*.

I certified mailed a copy to the individual's last known address, 200 Constitution Ave, NW, Washington D.C. 20210

I served the summons on Marty Walsh by certified mail, who is designated
by law to accept service of process on behalf of Cornelius Lopes
on *2-25-2022*.

My fees are $ 100.00 for travel and $0.00 for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.
Date: 2-25-2022

Server's signature  *Dave Meads*
Printed name and title  Dave Meads
Server's address  6589 Lake Chad. St. Freemont Ca. 94555

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7020 3160 0001 7511 5917

Certified Mail Fee $3.75
Extra Services & Fees
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $
Certified Mail Restricted Delivery $ $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $ $0.00
Postage $16.10
Total Postage and Fees $19.85
Sent To Marty Walsh
Street and Apt. No., or PO Box No. 200 Constitution Ave
City, State, ZIP+4® Washington DC 20210

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Postmark 02/22/2022

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tom Vilsack, Secretary of Agriculture
was received by me on *2-22-2022*.

I certified mailed a copy to the individual's last known address, 400 Maryland Ave, SW, Washington, D.C. 2022.
I served the summons on Tom Vilsack by certified mail , who is designated
by law to accept service of process on behalf of Cornelius Lopes
on *2-25-2022*.

My fees are $ 100.00 for travel and $0.00 for services, for a total of $ 100.00
I declare under penalty of perjury that this information is true.
Date: 2-25-2022

Server's signature *Dave Meads*
Printed name and title Dave Meads
Server's address 6589 Lake Chad St
Fremont Ca. 94555

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 1110 0001 7511 5863

Certified Mail Fee $3.75
Extra Services & Fees
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $
Postage $16.10
Total Postage and Fees $9.85

Sent To Tom Vilsack
Street and Apt. No., or PO Box No. 400 Maryland Ave SW General Counsel
City, State, ZIP+4® Washington DC 20202

Postmark: NEWARK, CA FEB 22 2022 02/22/2022

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Civil Action No.
**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Miguel Cardona, Secretary of Education
was received by me on *2-22-2022* .
I certified mailed a copy to the individual's last known address, 400 Maryland AVE, SW, Washington D.C. 20202
I served the summons on Miguel Cardona by certified mail, who is designated
by law to accept service of process on behalf of Cornelius Lopes
on *2-25-2022*.

My fees are $ 100.00 for travel and $0.00 for services, for a total of $ 100.00
I declare under penalty of perjury that this information is true.
Date: 2-25-2022

Server's signature *Dave Meads*
Printed name and title Dave Meads
Server's address 6589 Lake Chad St. Fremont CA. 94555

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 3140 0001 7511 5870

For delivery information, visit our website at www.usps.com®.
Washington DC 20202  OFFICIAL USE

Certified Mail Fee  $3.75
$                              $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $16.10
$
Total Postage and Fees  $19.85
$

Sent To Miguel Cardona
Street and Apt. No., or PO Box No. 400 Maryland AVE SW
City, State, ZIP+4® Washington DC 20202

Postmark FEB 22 2022 NEWARK 94560  02/22/2022

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Civil Action No.
**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pete Buttigieg, Secretary of Transportation
was received by me on *2-22-2022* .
I certified mailed a copy to the individual's last known address, 1200 New Jersey Ave, SE, Washington D.C. 20590
I served the summons on Pete Buttigieg by Certified mail , who is designated
by law to accept service of process on behalf of Cornelius Lopes
on *2-25-2022*.

My fees are $ 100.00 for travel and $0.00 for services, for a total of $ 100.00
I declare under penalty of perjury that this information is true.
Date: 2-25-2022

Server's signature *Dave Meado*
Printed name and title Dave Meado
Server's address 6589 Lake Chad St.
Fremont CA. 94555

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Washington DC 20590

| Certified Mail Fee | $3.75 | 0330 11 |
|---|---|---|
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here 94560 |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | 02/22/2022 |
| Postage | $16.10 | |
| Total Postage and Fees | $19.85 | |

Sent To Pete Buttigieg
Street and Apt. No., or PO Box No. 1200 New Jersey Ave SE
City, State, ZIP+4® Washington DC 20590

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0001 7511 8215

Civil Action No.
**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nancy Pelosi Speaker of the House
was received by me on *2-22-2022*.

I certified mailed a copy to the individual's last known address, 1300 I street, Sacramento, CA 95814

I served the summons on Nancy Pelosi by certified mail , who is designated by law to accept service of process on behalf of Cornelius Lopes
on *2-25-2022*.

My fees are $ 100.00 for travel and $0.00 for services, for a total of $ 100.00
I declare under penalty of perjury that this information is true.
Date: 2-25-2022

Server's signature *Dave Meads*
Printed name and title Dave Meads
Server's address
6589 Lake Chad St.
Fremont CA. 94555

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Sacramento CA 95814
Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $9.25
Total Postage and Fees $13.00
Sent To Nancy Pelosi
Street and Apt. No., or PO Box No. 1300 I street
City, State, ZIP+4® Sacramento CA 95814

7020 3160 0001 7511 8260

Postmark FEB 22 2022 NEWARK, CA 94560 02/22/2022

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joe Biden
was received by me on *2-22-2022* .
I certified mailed a copy to the individual's last known address, 1400 Independence Street, Washington D.C. 20530
I served the summons on Joe Biden                                   , who is designated
by law to accept service of process on behalf of Cornelius Lopes
on *2-25-2022*.

My fees are $ 100.00 for travel and $0.00 for services, for a total of $ 100.00
I declare under penalty of perjury that this information is true.
Date: 2-25-2022

Server's signature  *Dave Dube*
Printed name and title  Dave Meads
Server's address
6589 Lake Chael St
Rosemont Ca. 94555

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 3760 0001 7511 8192

For delivery information, visit our website at www.usps.com
Washington DC 20530
Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $16.10
Total Postage and Fees $19.85
Sent To Joe Biden
Street and Apt. No., or PO Box No. 1400 Independence Ave SW
City, State, ZIP+4® Washington DC 20530

Postmark Here NEWARK 94560 FEB 22 2022 02/22/2022

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Seema Nanda, CEO of the DNC
was received by me on 2-22-2022.

I certified mailed a copy to the individual's last known address, 430 South Capital St. Southeast Washington DC. 20003

I served the summons on 2/25/2022 certified mail Seema Nanda, who is designated by law to accept service of process on behalf of Cornelius Lopes
on *2-25-2022*.

My fees are $ 100.00 for travel and $0.00 for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.
Date: 2-25-2022

Server's signature  Dave Meads
Printed name and title  Dave Meads
Server's address

6589 Lake Chad St
Rosemont Ca. 94555

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Washington DC 20003

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $16.10 |
| $ | |
| Total Postage and Fees | $19.85 |
| $ | |

Postmark: NEWARK CA 0330 11 FEB 25 2022 02/25/2022

Sent To Seema Nanda CEO
Street and Apt. No., or PO Box No. 430 South Capital STREET Southeast
City, State, ZIP+4 Washington DC 20003

7020 3160 0001 7511 8345

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alejandro Mayorkas Secretary of Homeland Security
was received by me on 2-22-2022.

I certified mailed a copy to the individual's last known address, 3801 Nebraska Ave, NW Washington D.C. 20016
I served the summons on 2-25-2022 by certified mail Alejandro Mayorkas, who is designated
by law to accept service of process on behalf of Cornelius Lopes
on 2-25-2022.

My fees are $ 100.00 for travel and $0.00 for services, for a total of $ 100.00
I declare under penalty of perjury that this information is true.
Date: 2-25-2022

Server's signature *Dave Meads*
Printed name and title Dave Meads
Server's address
6589 Lake Chad St.
Fremont Ca. 94555

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 3160 0001 7511 5887

For delivery information, visit our website at www.usps.com®
Washington DC 20016

Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $16.10
Total Postage and Fees $19.85

Sent To Alejandro Mayorkas
Street and Apt. No., or PO Box No. 3801 Nebraska Av NW
City, State, ZIP+4 Washington DC 20016

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

6251 Quartz Place
Newark, CA. 94560



San Jose Federal Court
Clerk office
280 S 1st Street #106
San Jose, CA. 95113

? 2112 ?